_Fact Background_

(1) Prowerke- September — Sellis mtt (EY), PW + Fortiual
had discussion. (on Aug 26)

9/12 — PW mtg w/ Mdc. — Seller present) - spoke w/ Fort.
refar - very limited disc's w/ Seller - text.
- dgr to go forward w/ Midco

Bid process -started in July — final birds due 8/30
- bid deadline extended

9/14 - Forta rev'd materials -

**PWC P1280**

ENB-DOJ-028449

1/9  <u>Asset Closing</u>

– Chris Kirkland – will hold payment until told to
     release it –

– Closing on Monday – approx 5:30 pm

Thursday – money released at approx 11:30

→ Check on given by 2 CPi
     of Enbridge –

– 6th copy of Certif re Subsidies
         Sr'd

ENB-DOJ-028450

01/27/04  13:00 FAX 7138212150          ENBRIDGE                    @018



ENB-DOJ-028451

01/27/04   13:01 FAX 7138212150          ENBRIDGE                              @019

Tax issues

① I cannot be agent of S or B?
   – No written agency K?
   – I not held self out as agent
   – I acts for own benefit
   [Easy to avoid Bollinger]

   – fact trail I pay w/ $ from B will own
                    a quarantity of price

                    Corroborate by wxf of
② Not treat as stk purch or orb½
   over Form grounds
   – Burd/burd cases
   – 1031 cases


③ Not treat seller's corp. as selling
   Not a C D Hold off

ENB-DOJ-028452

Tom Palmisano                    713-356-8264

- $150,000 work cap adj
- Net of $42,000 that Rick felt owed

**PWC P1284**

ENB-DOJ-028453

01/27/04  13:02 FAX 7138212150          ENBRIDGE                    ⌀021

9/25 Jeff Furman

- Will send rest of $ —
- will settle w/ Midwest — then dealing
    the side
- 40,000 range
- Never had deal - claims from both
    side
- Howard - will let know

1/23  Midwest— Richard Robert

- Has been a request to supply w/ copies of opinion
- If don't provide more Q?

[Copy Blacklined version]

- Close — week after rept
- Penalty — only if no substantial author —

- Conservative )
- Avg           )  Prudently aggressive —
- Aggressive )

- $440,000 — Fortier — actually paid
  Don't know if Fortier got $ from Langley —

**PWC P1286**

ENB-DOJ-028455



<u>MidCoast Energy Resources</u>

Kevin -1759
Jim - 1465
Betsey - 1628

Craig Hoffman  212-378-8880
Ext 12

• Accting conside
• Sandwich
• Ltr pship's
• Make parent's
— LOI file

9/10  <u>Dennis M</u>

- Tom Patrisano -
Seller conferred w/ EY — risk to Seller -
Seller - buyer call — on structure — plugged in
    Fortran -
- Buyer's bid — Fortran puts in higher bid -
    - Buyer has - K w/ Seller -
        - Use K as security — for financing
- Craig - Fortran — explained to both)
    Seller & buyer
- Seller - using Chase Sec's — wants bidders
    to present creative ideas -
- No letter of intent yet
- EY - KC
- Most - people - risk to buyer -
    Best scheme - Buyer bought stk, then
        liquidated -
- Have agreed to use one of these approaches -
- Punk Agree → Buyer giving gen indemnity
        (Fortran)
- If Boss not flex, want track stk?
- Seller asking for incremental consid - equal to
        ½ the step-up -

- $120M -
- Inter - 7% -
- We get 15% -
- 10 year Pipeline -

7:00

- Jeanette Luis 596-5623

⟶

Bill S

No LOI bt B + S
Interval nego w/ S - parts of nego's
"    " nego sale of assets

*  - Keep some assets
   - dsn - not troubled by indemn's -

A  [ - Now ① sell assets by corp for cash -
    ② then sell stk to Mideo
    ③ Mideo injected loss assets into corp -
       - corp sells - Mideo takes risk -

Ian
① Indemnity
② Altern of selling stk + corp selling assets
③ Back-to-back K's

Alterns:
① Sandwich - would permit bishop to sell its assets/subs for
   cash in tax-free trans - but cash is inside Bishop
   once sandwich is unwound -
   - Seller liquidates Bishop in 10 years
   - Seller elects S status now - let 10 yr BIG expire
   - Q: on earnings - big S corp E+P, passive income issue?
   - PHC rules apply to S corps?
   - No step-up to Buyer -

**PWC P1288**

ENB-DOJ-028457

② Pship Basis Strip —
- Leverage up 4 pships, buy triple net leases,
  drop into Newcos, redeem out Bishop
+ Buyer contrib's cash to purchase rest of pship
- Bishop elects S status, hold leases for 10 years
- Hopefully + flow through inc during 10 years w/o
  1374 (pass. inc) or PHCO issues
- Liquidate in 10 years w/ 1 level of gain
- Pship gets 754 step-up in assets

— If elect S, Newco
is a QSSS anyway
— need to elect
  QSSS?

Critical Factors in avoiding agency I

Charles
Liao

- No written agreement b/t S or B endorsing agency rel.
- No agreements or even LOI b/t S or B when I
  gets involved
- I not hold itself out as an agent
- No party will control actions of I
- I must negotiate for purchase of stock and
  for sale of assets
- Better if I retains some signif assets, such as
  A/R's, to interfere w/ step trans doctrine
- Fact that I has simult K's w/ S and B shd be
  OK as long as S and B are not connected
- Indemnif of I by B is a bad fact. Bollinger had indemnif
  of agents as critical fact
- Multiple buyers — good fact
- Consistent govt/legal reporting — good fact

**PWC P1289**

ENB-DOJ-028458

Section 1375

- If S corp has accum. E&P a end of year and
  gross rev's rex are >25% passive income,
  then pass income is taxed a corp level
  "Passive rev" - defined in 1362(d)(3)
  Not take into acct any recog BIG
- 1362(d)(3) - if S corp has accum E&P and
  poss. rev >25% of gross rect for 3 consec
  years, S elec to terminated
- Pass. inc includes rental income

Q - Does Bishop have E&P?
1368 Regs - distrib's can reduce. acc E&P
If not have cash, distrib note
              Prop Reg §1.1368-1(f) - may elect deemed
                                          dividend

I an - 10:00 - available -

Deal points:
  ① Seller share w/ Buyer in gross rev's above 29M
  ② Seller + Buyer share 50/50 - new projects
  ③ Seller + Buyer share cost of bond buyout -
  ④ Indemnity on Tax - lien on assets - back to basis?
  ⑤ PV of entire deferral pd? Recomp?
  ⑥ Nexus for retained assets?

PWC P1290

ENB-DOJ-028459



Step up – 105 M – They want 2/3 of Step-up
Amorize basis – 50 M ⅃
They may owe 7M to Miss. Public Comm –
 – Instead of escrow, Buyer pay over time
 – Cap gain? Need to confirm for Commiss –
 – Neither FERC nor FERC MPC has approval
authority – but may ask to see bill
of rate case –
FERC – high & low only
State – reg. where in spread

ENB-DOJ-028460

9/12   <u>Ian Schachter</u> –

Bid process still active
Staff – 3 or 4 people –
1½ wk ago – First intro to Seller –
Gross re-charging –
① Revs in excess of 29m –
whether / or not quid
② Spec projects – he partic's @ 50/50
– w/ his $ –
Will have sepan consult K –w/ policy –
sign as std alone –
– Fortress' indemnity – ...

[ – if have mtg of minds already, risk is ↑
– if close to city, need to introduce Midco –
– as other Buyer
– Contin. rel. → one of whisper than direct
comms
– Fortr → won't accept any risks –
[ – Proc matter → 2 rooms have to combine –
– Minimize direct nego's –
– if could – go into parallel nego's –
– Buyer – nego to buy assets
– if do so, MCTN –
if doc it – 60-80% chore / no issues –
Usually – no indemnity – Seller & B share
/benefits –
– no opinion given –
[ One corners today
Future corners w/ Fortbard only –
Reco ① Break off nego's
② Let Fortr go ahead – they see our
terms, send their terms

PWC P1292

ENB-DOJ-028461

– Intermed – agree – but if not treated as sale of
stock, whole
– 1 Bus day bit stock & asset sale – Fri & Mon
– Need closing risk –
– Helpful if retain assets –

HSR – exemp for intermed –

– Can. shd get to 5-6% – 5 them, 1-PwC –
– PwC – should act as repres in nego
price for Buyer –
– Plan
– Nego sale deal
– Then say want a 338(h)(10) –
Plan
We (PwC) go forward as a sale of stk –

Q – can Buyer give indemnity?

[ Get consent ags up front re framework
of indemnify
Auditors – not need opinion –

– How do press release?

---

120M      Offer  5 M   plus · 30 M indemn
          Pay 5 M to potent some 30M
          Pay 33% of potent tax savings –

After        (15-17M – PV of tax benefits –
risk         No reserve Dif MCTN
30M PV       Step-up – tax books watch GAAP books –
b/f risk     Not book anything

PWC P1293

ENB-DOJ-028462



Seller
- Corp level gain — 105 - 50 = 175 x 40% = 46 tax
                                        $9 net
- S/H level gain — -105 (65 basis)

If sell for 105      - $9 net
Net                  - 0 AB        13.8
84 -                 55.2 net to S/H        ) 28.8 M

Value of intang's → 10¢/share
    - Beny of not booking def tax liab

GBW → Pricing pts other than:
    1 Indep/strue — assume we are
                    buying g'th
    2 Arb/cancing

Say on end

- Get to bottom of HSR
→ Get one more turn of agm 15b —

— Price — 163 - 162  —  68 in debt
    111 step up        5 - them    6/111 = 5.4%
                       1 - PWC
    16.9 — 50 = 119       120 x 5% = 6 —
    (w/ 70 mil)           5% — 20% —

PWC P1294

ENB-DOJ-028463

9/12  Jeff Furman, Craig Hoffman

(1st corners)

→ They take only lead
- Seller cut deal w/ pship
- Normally - do LOI's
    - need $50,000 advance - if not clean
    - looks like earnest $ -
- Willing to take B/S obly to pay $ - bur/K
    -         - exclusive -                        OK
→ Will return Confid Agr -
→ dstamp → Not US ble to OK - rather - is a
                sec. and in assets -
- Ann → buying assets of Company
        - say Jim buyer who purch recently "

Seller - not file b/c interest is exempt - not
          meets size of person
    - will file on sale of assets, -
    - can disclose to regul author's -
- Could repres trad not liquidate
    - will put other bus into company
Willing → Could lease assets back to Buyer -

- Min of 120m step up -
Normally -
- 15 % - of gross fee -
- normally - 7-8 % of step

[Just say 5 m -
    them
    1 m - us

If at 5 % -
    5½ % F

As time they tally w Fort - atty to atty
Ian → not comfort w cut to client
        taking fee w/o disclosure to client
        → directing Fort to pay us a portion

PWC P1295

ENB-DOJ-028464



ENB-DOJ-028465



Aug 26  Steve, Sander + Eastward - call

Trans
Doz.?

- No tombstones!

1) Agree... do sold  dog + pony shoes

2) Due diligence-
   - suggest → hire group of indus prof's -
     to do due dilig-
   - How Buyer do due dilig-
     Fort hire Enron (eg)-
     [Rock way
     [Auto Rec

After LOI signed

   Week to 10 days
   1) Eng
   4) Acctg )      (5 stat - 2 days to view
   3) Env )           -1-3 days-mamts records
   2) [Contracts - spread atty - corp & R/W  4 Waves-
      work - KC firm can do
      - could do supple in several
          days (and
   - Can't be pack + sent away
   2-5 days

   [ need review
     of St K's he
     would review

   3 experts read indus reviews

   Smith/man + Carr q

   If not D use this firm, 3 - 4 weeks

   → Env
   lender - Phase I - env. suit
     - get clean bill of health
     - done 4
     - 1 week
   Buyer hires - lender signs off

   3-5 days [ Acctg - how do transition - meet
                       w/ auditors

PWC P1297

ENB-DOI-028466

Dennis — no problem w/ MidCoast comin' in
as well. buyer along w/ Fortr —

- MidCoast — probab review 3 of 4 - except
  enviro —
  if MdC + Fortr there — why? As Themselves

- Logical for Fortr to hire other
  bidder to do due dilig
  then dd entity buys from Fortr.

③ Timing —
  Otherbids — higher, but no. upside
  3-4 wks — not acceptable
  1 wk - OK

[5th devel   Set closing — Oct 22
 22nd-for    [monthly]    t5R
 LOI         Sept 22 — def in agr — (or LOI)
             Acelar problem — 3 weeks —

[→ Ask Craig to attend   w/ut Present]
[Enron or Buckeye]

④ Indemnity
  = Boilerplate — put in all deals —
    Where Enron buyer not do
    338 —
  - Principle of reorg treatment
  - Nobu data Room doc —
    → Flex enough = get stock in case
                      of Enron

**PWC P1298**

ENB-DOJ-028467

—contempt some comb of stk o cash—

= Now — cond. to closing — Buyer get
   opin —
   — whether PWC or Ernst —
   — If give, wd be EY —
   [not (infact EY will give) ey]
   [not get involv. in later ey]

[EY working
w/ Sellers]

[Opin.
cover only
through
Fort.]

— Seller — will not know what happens
   post -Fort
   Only concern → how due dilig done —

— Opin recess b/c of unwanted assets —

→ Spin out assets — may form basis of
   Proj. Dev
   — could do Diff COG on stk
     sale

→ Present would be done over
   proxxxx

─────────

— BOSS

   — PWC requis tax shelter regis unless avoid
      defn. of tax shelter —
   —

**PWC P1299**

ENB-DOJ-028468

- Dennis -
  - Set up Proj Dev entity - contr. w/ Port fo
  - Bottom rel w/ deal
  - Clearly over 30 to approve -
  - Newco distrib the business to Dennis -
  - Don't like leverage on 25 piece
  - Can pay off TP loan w/ any time

- Ian S.
  - Dennis or GBW - Billing
    Whitten - Eng. partner -
    Make sure work done w/by nt A (NY + Wash)
    Shane opinion - Ian as 2d partner -
    Cathy Coffey -
  - Don't circulate opin to prac. Offices

- Beth Benefield - will call Ann Jones
  - GBW - Bill + perf partner
  - Whitten - engagement partner -


Dennis

   Put C corp into Newco
   Then leverage -

ENB-DOJ-028469

- Summary of Mtg

① Forward to receive materials from Seller
② Plans for LOI — absolute deadline is 9/22 (Wed)
...

9/14 Craig Hoffman

- Rec'd materials —
- will do presentation —
- will create timeline of events
- will start interfacing w/ Chase —
- OK to verbalize concerns as go forward —
- To extent know concern, make sure facts
  line up that way
- Model — break up guys — helps facts to line
  buyer up ahead of time
  — if buyer has concerns, nego those terms
- Due dilig —
  — Have done due dilig but doesn't
    necess — sorting liabs, top ret's
  — All else — rel. on asset buyer
  — LOI — open up to any repros's
    — asset buyer is repres's —
  — Asset buyer looks like agent of
    Ford
  — Counsel — not too bothered —
- in general, but there w/ buyer

Finance not a problem w/ timetable

Model — break-up firm — nego both trans
  simult, but separately —
  — try best to match up repos/warr

PWC P1301

ENB-DOJ-028470

9/15   Tom Palmisano          [Craig Hoffman]          Dan Tucker - CEO
                                                        Chip Bennett -
        - History of Fortr - deals done,                    Chief negotiator
                etc                                          CEO
                -                                       Richard Robert -
                                                        Chris Kaser - Counsel

Present      - Fortr made contact - Aug 30 - Fax to EP, cc
LOI / Docs / Questions        to Tom P
plan
Deadlines    - Craig H. → made contact w/ Chase
Docs Dlg        - Rec'd book on co, mgmt disc
HSR             - Sched mtg w/ Chase - go through deal/corp
                        story
                - Step into bid proc - informal manner
                - Intent on breaking up co - & sell assets
                        to ndc.
                - Meeting/call - next day or so

        [ - Have LOI's - prepared & ready to go - prop.
              sent out to Seller
            - w/ assets LOI - send to Buyer
        - Counsel - ready -
        - ASR - filing -
                - Fortr not meet size of person test
        - Counsel - Graham Taylor - Cahill Cahill - SF
        - Mid Coast attys - deal w/ Ron -
        - Chris - Q - HRS on stk purchase

        Thurs - Pres. w/ morning
                → LOI to Seller - aft.
        LOI to Buyer - Wed

        - In general - push stores - have buyer
              interest in assets
                - Craig - will have someone there -

**PWC P1302**

ENB-DOJ-028471

Are still a bidder –
  – Beyond data room –
Send revised offer – 338(h)(10) – Dennis L. –
  say no –
  – w/that, pull due diling out –
MidCt will revise bid letter –

– MidCt → send draft of asset purch
    agr –

– Seller stone w/ Fortbrand – Proj Develop
    Agmt –

– Separ LOI's for a day –

– will send  asset LOI sometime today –

Indemnity – is still  issue that
    needs to be resolved
  – MidCt want to working diff
      + see what happens w/ indemnity

MidCt → Want info  on size of deals –

  Go confid agr b/t Fort + MidCoast) –

– Fortr. talk w/ Dennis 1st – b/f pullout
    due dilig –
– When go  to LOI, need ash of $50,000
  – will be oblig in LOI to pay
    $50,000

[Steve Karb – KPC
[James Pryde – Bryon Cave –


PWC P1303

ENB-DOI-028472

Craig & Jeff

[ Indemnity - keep invoices
        - secure by assets

9/15  [Tom P.]
        - Dennis said - Enron pays us

9/6  Steve Kolb

        Bid pres. over phone today - went well
    will send out final bid (letter) w/ our
        broker agreement -
        Will receive a bid letter -
        will not be a LOI
        Next step is LOI -

                    cjhotemnd/ix.netcom.com

Issues re asset purchase:
    ① Any adverse effects of deemed termination
    ② Possible for Fortbred to retain significant
        passive assets? retain prop & lease or
        license to Midcoast?  A/R's?
    ③ Rendered 50,000 fee oblig if not sign def. agmt b/close

[ Pay out of proceeds
  in escrow re cust.
                    Fee arrang concerns
                    ① Protection against liability - They are expecting 30-40M
[ Add reps to            benefit; don't want exposure beyond fee
  give                ② If they expect opinion, get in writing now what it
  reps -                  is, & require them to furnish us 'all doc's, so no
                                                        misunderstanding
                    ③ w/o eng letter we look like joint partner w/
                        Midco, why order? Midco look like agent
                                                        of Midcoast. -

**PWC P1304**

ENB-DOJ-028473

9/17   Tom Palmissano   713-659-8264   [ Midcoast 713-650-8900
[ Fax - 713-650-3232

- All assets in Kansas Pipeline - only entity that
     needs to be purchased
- Not pulled out yet
- Not sent letter yet -

- Make sense to pull out?
- 165M - verbally reacted prior to Foster?
     - Bid submitted for stock - 105M
     - Aug 27 - Rise of B. Snider off Offrun
     -            - Thursday - convers w/ Sellers
     - Monday - date for bid - 108M
          willing to pay for just stock
     -      - Knew would'nt get w/ that bid
          - able to continue nego's bc of Cross,
- Why still in there if low bid?   Mike

Lucrative arr. is reason they are there

Chip Newstate   If promis start up - too motivated -
Newstate
involved
for midcoast
for CEO -

- Chris - Sends people up to do due dilig -
     - willing to do deal w/ earnout - 7
          straight stk deal
- Seller tell Foster to offer
- Better to wait until Seller tells us that
     Seller is proceeding w/ Foster. -

20M spread w/ other bids -

ENB-DOJ-028474

Richard

Orig bid — total — 184
118 net     68 liabs —

Based on due
dilig =  [ Since then — lowered by 12M —
         [ Since then — an add. 5M — lowered —

— Would be willing to pay trab (reduced) amt for
   stock —

— Reasons — uneconomical
           — rates & legal I's — gird that's proble
             going forward —

— Better w/ us —
           — Agreed that Enbr's bid has to
             be > 5M
           — was Ranjit's idea — brought up w/ Rich
             on Wed. than
             — and ability to do future projects —

— Other bidders — still some dialog through
   Chase — Arny out —

— Fortbrand — no to due dilig, whoever —
   they choose

Section Craig will come up w/ bid ?

Leave nego on easement outstanding
   until Fortbrand —

9/17   Bob Whitten
       — Jack Holt — auditor ?
       — drdgs I → not matter diff where fee
         comes from — run up flagpole reach —
Agree — Need letter — locks in scope & nature
        of rel. on this trans
        — not say what fee is Fortbrand
        — separate letter w/ Fortbrand

**PWC P1306**

ENB-DOJ-028475

- Circ 230 - can't be counting unless only
    to review by gov't author —
- Go w/ letter ~~that~~ is value added —

- Send revised letter —
  → If send letter to Fortr. — probl. under
        Circ. 230 —
  Talk w/ Risk Mgmt person - re practice
        probl if not indep review —

9/17   Craig Hoffman —

- Re'd form for bid letter —
- Have draft ok purch agmt —
- Will work w/ them (seller) & will call
        asset buyer —
- Reflects full 5% in price - pay us
        by Fortr

ABAS makes call
on audit issue

- 2 ways:
  ① Fortr. sets up, engages acct/firm
        later & pays firm
  ② 2d rel — pay as funder's fee —

I — crediting a transaxn
whereof accretional
fee in transax.

Also saying no
negative FAS 109
impact —

No eng, letter w/ firm —
Based on verbal underst. —
Concerns — w/ how firms have disc.
        matters to client

Risk- FAS 109
40m chg to
earnings

GBW—
@ for Risk Mgmt
-re Circ
230

Fortr. pay value added billing to firm —
Have seen opins rendered - few & far off —
- Types → co's themselves are paying
- for opinions
- Fortr - will rely on calc. by ok seller,
        & will scrutinize it.

**PWC P1307**

ENB-DOJ-028476

[Q- Better to get trans fee from Fortised?
— Sepn combed for tax opinion?
→ Pay for tax opin separately?

Agree - ~~eng~~ letter is good idea since
issuing ② opinion

[Dennis M] Pager 888 - 784 - 7210

— Nature of concern →
   - Richard not tell Bd that they'll pay us 900K
   - diffic to justify wren val. added fees
   - Concern re perceived impact on structure
   - based on tax risk on for bkrupt cy Richard

[Tom]
   — Richard reconsid how to pull out.

7/17   Bob Whittler      Cellphone  713 - 826 - 0108
       off base on cont fee
       Have - a fixed fee arrang - not c formula - not
       a Circ 230

9/17   Tom P       713 - 857 - 8264

9/18   Bob W

       OK - if reduce adval taxes - assessor
       agrees to smaller $ - we get %
       K is for formula
       Cant do under Circ 230, formula but is
           not reviewed by tax author -
       3115 - probl for 98-60 b/c GES not review
       Here — get fee for bringing deal or work

PWC P1308

ENB-DOJ-028477

→   that do for Foster —
   - probably a finder's fee
   - (ought to be) OK under Circ 230 — since
     not a fee based on a formula

- Concerns for broker → don't think so —
- If and it's tied up into form-based fee
     w/o review by gov't, is a problem —
  Tell Richard — need svg. letter that
     defines scope, etc — not in ins. bus. —
  Get fee directly for opin?

Richard → concern — whether or not
   pay ins. — will get paid by Mdco —

How describe the project?

_____

9/20  Craig Hoffman
   - would like to discuss asset sale w/
        Buyer
   - Need to find out price — go out
        tomorrow —
   - still need LOI by Wed or Thurs —
   - Seller still wants Oct 22 date —
   - have had several rounds of disc,
        w/ seller on bid letters —
   - Call at 12:00 Central —

Craig Taylor — Lebuff Lamb
   ⊃ of control Issues —

**PWC P1309**

ENB-DOJ-028478

9/20 - Bob Whitten

- Do minimal work necess to do opinion
- Normally bill @ 60-70% —
- Say getting a product and a tax opinion goes in Kansas
   - if not go through, bill @ 70% rates
-

- Dennis M & Bob W.

   - Probably do cap loss generator —

9/22 Bob Whitten

- B/f deal, Seller would lend $ to Pship
- When Midco buys, note outs.
- After buy assets, would refinance debt w/ a lower interest rate and
   - convertible —
- Convert debt on Midcoast's books —
- Aff c to get to MCTN — too firm trans too much of a linke

Fortrend — cash plus $8M note, which is
   pushed down to pship
On cash deal — would be 3M less
   $5M in cash or 8M note
   — Fortrend wants the note
Later reg a convert note deal
Prime plus one — go to 5% if convertible

PWC P1310

ENB-DOI-028479

9/22  <u>Ian Schachter</u>

- Springing vote - horrible fact
- Term of vote - not value sense - complete tie -
- Just pure diff - don't like — for assn to happen, seller has, to do val. of alt. purchaser's credit
- not as bad as NR —
- like former better -

<u>Tom P</u>                        ( 713-446-7491 )

- Same gain to Bishop either way
- Could do 311(b) gain, then sell rest for E90 —
- 311(b) is kapital gain —

Plans:

Conley
stk

Bishop Group

Energy

Pipeline

9/22  Tom P
- Bid letter - going to seller ~~to~~ yesterday
- LOI - out this afternoon or tomorrow - to seller & buyer

**PWC P1311**

ENB-DOJ-028480

9/22  Jeff Furman, Craig H., Tom P., Dennis M

- 20-40M — ord. recap —
- Underst. — all capital gain —
- Recollec — assuming all cap gain when
  quoted 5% —
- Not too concerned — to look at returns —
- Only adj as pertains to ord. component
- If 30 M — 1/2 % — $600,000 —
  — instead of 6 M, would be
    $600,000 —

[charge 7% for ord & 5% for capital]

- ~~FB~~ [Ashton — ord worse — didn't
             know how much]
- Need to speak to them re how
    to alloc to assets —
- Say — once got the returns — discovered
    ~~word recap~~

- Could ~~not~~ afford to deal @ 5%,
  + give up ~~2%~~ Z% —
- Both goodwill & deprec on fixdirs
  are 15 years —

M

Rating perspec — want to put to PP+E

Jeff → not willing to come up w/ more $,
       just ~~asking~~ to be flex on alloc
If get $ to 10-15M — perhaps
  manageable —

→ Probably feel proble — suggested
  ~~remedy~~ but not cost more $
- For now & wait on Craig's computations —
- Orig came up Monday —

PWC P1312

ENB-DOJ-028481

Monday — I came up w/ Forte —
— Afternoon — Craig says he loved up again
— Jeff out Monday
— Dennis M → later told Craig that
    we didn't say it —
Tues — Jeff & Craig called Tom P. — said need to
    find a solution
Dennis → last resort — go back to Fortrend —

9/23 Karen G

    Risk not exceed 8M
    Could be 751(b) — could be part
        ordinary

9/23 Tom P & Bob W

    10S            Either:
    +6S liab      10S cash
             or 100 cash + 8M
                    note —
             111 gain —

    if 10S  Full 111 gain —

    if 100
        Langley — 10S gain —
        Bishop — 100 cash
           8M note, wishes
   — if Fortrend buys corporation → a corp
      & causes you to change

**PWC P1313**

ENB-DOJ-028482

– 8M gain is attrib to period prior to closing
– make sure Foxtr buys (Bishop Corp)
       through an LLC –

Agree – do same way as Jamb Dev Agr

– have note up to MidCoast ?
   – should be nego sometime later –
– Foxtr might prefer but they may not
          want to issue note themselves,
Gain is Cap tax if distribute pro rata –

– Is Foxtrend a buyer when Foxtr not
       remain as an issuer –
– Say – may not be able to get to opinion if
            do w/ Foxtr note –

Acctng – cannot accrue liability under FAS 109
Closer to edge, more likely that auditors
    raise question

Bob W → Keith R ____ – audit P –
            – need assurance letter w/ Foxtrend w/
                 value added
            – have to discl. ultimate fee to Richard

9/23   Richard, Robert, Tom P, Bob W

       – No note – all cash now –
       – rec'd LOI – dated Sept 22
       ← letter was at 180M

[K Pipe Holding
   Partners       – Pipeline Holding Partners – Seller of
                        assets –

ENB-DOJ-028483

- Plus Purch Sale Agr.
- Consult Agr
Pro: Develop Agr
- Purch Sale Agr.

Sent to Graham Taylor - not forwarded

(Still have due dilly people there)
- Dennis is still talking to other bidders
- He wants to close Oct 19 -
- Langley is frustrated that Forts not responding -

- Rec'd LOI on ste side on Graham Taylor -

Asset LOI not been sent yet -
- Could sign today -
- Seller wraps signed purchase agmt -
- Any not want defh. agmts until do due dilly
  - Have 10 days after signing def agmt
    to complete due dilly -

- Jeff → asset sale price = 186 M ?

Graham Taylor -

- Have rec'd Seller's LOI
- Will send Asset LOI
- Graham have drafts of Stk Purch Agr -
  - has'd Consult Agr & Develop Agr -
- Asset buyer's counsel will initiate
  HSR filing - Forts do parallel filing -
- 186 M - Jeff said price -
- (Richard - said price is 180)

ENB-DOJ-028484

9/24  Chris Kaser

- Sinking fund - something to do w/ bonds
- Buying two partnership interests -
- Don't throw what assets are in other
  entities
- Langley - set up consulting
    Fortrend - enter into agr w/ consulting
    agr - w/ diff entity -

- Earn-out Agr - [75/25 split]

— Set up 2 Del co's to acquire
    partnership int -

- One entity will buy GP int's of
  "  2 ptships :  LP int's of
                2 ptships

Cap & Gen — comments
    - Get back to them —

Not taking obligs on sever. agr's —

Plan - file ASR on Monday —

Employ K's - Langley vas w/ Cparlo

ENB-DOJ-028485

9/28  [Tom Palmisano]

- D. Langley — Gutches int. — separ co. —
  not part of Bishop — has no to 1½ blo
  rev from KPC
- wanted $450,000/year

- Fortrend buy into from entity for
  $6½M & keep —
  — Midcoast suggested
- Midcoast — as part of asset purch,
  have opt to buy for 6½M
  — maybe 1-2 years down road
- Motivation — rate case is troubling —
  — don't want asset in rate base —

- Richard wants to opine on calculation
- Craig → Have Midl. send in info
  request
- 85M — PPE
  35M of depreci
  recap 35M

- Raises to $6.6M (?)
- Reminded — we've not brought up
  as issue
  $0 — PPE    — if works w/ alloc, may be OK
  121.4 goodwill   — Allocate 120M to goodwill —

  Cash consid — $113M
  Liab assumed — 68.4M
  Assets — 10M as cash on bal sheet — subfund
  171.4 — PPE or goodwill
  Craig — Do what takes to get deal done

PWC P1317

ENB-DOJ-028486

~~Don Tucker — TEB will send documents to Tom~~

— Craig → not use to seeing deals w/o lots of goodwill

— Richard brought up issues:
  ① Sinking fund —
     — $10m set aside on books
     — ~~Borrow~~ another $10M & put cash on books
     — Carve out of fee b/c cash
  ② Make whole prods on debt —
     dividing 4M — for 8.5 m penalty
     to read if debt is called
  Stored up sellers
     — seller not full top bench
       of not pay
     — Non-seller / talk w/ Fortis
       about Fortis paying
  by exad's not involved D of
  control no need to modify
  Tam — Mid C towers offer by 9 9M —

181,788,000
10,005,000
...
...
183,069,000

9/28  Richard R

  — Concern that the LOI is diff
    from asset LOI
  — Chris — dealing w/ Graham —

  — Smistad bid is still alive
  — No one informed that other bidders
    out
  — Langley inferring that other bidders
    are still in —

ENB-DOJ-028487

- notes for other asset — what's from
  ~~expordary rep. base~~
  - need to do to sweeten deal
  - discourage other investors from
    invest in Ndcoast
  - all assets in KPL are related to
    pipeline —

#'s not include 4M note whole

113,422 - assumes note not called
      If note called, add 4, take off 10
      612 — no escrow
#'s not include their fee

- if note called, is an all cash offer
    w/ no debt assump —
  = not is work cap liab's - consid.
    separately —
- Take out of fee — already paying
    700,000 for work capital

— — —

**PWC P1319**

ENB-DOJ-028488

9/29  Tom Pal

- Liabs are in Synergy
- Want to buy KPC assets
- Why not just assume them?
  1-794 elec w Synergy level?

Karen Gane — 1759

- push step-up down to lower tier
  polips

Q - If corp's assume debt directly, how
push down to pshg? Need 1 $o ?

9/30 Tom P

Step up and related fee include fee
of 6m step-up - additional 5% for 6M
                                    step-up
Refund - thinks step-up bit Forth + KPC
        not actual step absorbed by Forth.

m.dco          Eg - 200 price, 100 basis
buys for 200        - Fee = 5% of 100 = 5M
and sells for       or  5% of 105 = 5.25
200 plus fee

9/30 Tom P

- Agree w OBW not made clear
- on Forth side, only make sense re 2o of
          gain sheltered
$300,000  - Step-up = push price over basis -
- Ain't - happy re lower rate

ENB-DOJ-028489

9/30 _Tom P_

I — how pull out escrowed assets on
Dennis's side
—Distribute, or buy back from
Fork later (Step Trans)

9/30 _Tom P_

— Resolved I on distribution —
—I —whether distrib = divid
Increase price & O. buy back?

Since selling all stock, 302(b)
treatment anyway

— Dennis → agreed that full step-up
= Midcoast pays over txp
basis
So — is another $300,000

—Latest → Z parties looked at H's
and discrep's —
— Crazy some disagr from both
sides

9/30 _Tom S_

— Clearly no gross-up
— 200 — Stk price,
100 — built-in gain
fund price = 205
Not an alternative gross-up
( — / - 95
Straight up cole.

**PWC P1321**

ENB-DOJ-028490

10/4   Tom P.

- Richard Robert — why not beat down fee?
- Not outraged — just ask if how
     normally done ↓
- Have said / to Rich → exec unclear — but
     did say 8% of step ou$

10/5   Tom P

- Fortrend — held to gross-up position
- They — do that way on other deals —
- 1245 — will ask for 2% more if
     recapture —
- If client not pay, gone from both
- How report transition?
   -$1060 — Form 8594
   - Apply to pship int?
   - Only file 8308 · P
   - Why a purch price allow? each
        side take own position —
- We are indifferent re allow

- FERC — histor book value
   - step up to ~~FMV~~ PPE
- If any not assets in pship —
   Transfr — attach 751 stmt —
   has to show recap item
   If agree, pos. to be invest

- 200,000 — work cap — not part of
     fee calc

- Butcher Int → Midc. working w/
   lenders to get financing


PWC P1322

ENB-DOJ-028491

Fortbend will buy in 48 leg —
— If middo not buy w/year, some
   social clause
— future incentive to buy —
— Mid. as payor on royalty
   ~~split bought to pipeline~~ —
— Langtry — will sell fort. in KPC
   — midco wants to go away
   — see potential to keep fort.
      partners

— Richard →, lenders will finance for
   Fortb. if fort comes up w/
   equity —
   — Jeff F. — can't put up any $
   — Have to increase for downpayment

— Fortb. will want to pay interest —

— Better to do loan to Fortbend —

— Loan to Fort — would be ABC —

_____

10/5  Tom P

— Richard on bd w/ ~~arlyy~~ issues
— Based on assump two not offer deal
   — b/c of no purchase price allox
— Effective date 1 — 9/30 v Clos. Date
—

10/5 Tom P

- New push to get evy letter w/
  for revg'd
- Need format

10/6 — Tom P

① Not do purch price alloc —
  — Keith Roseboen: Aud'b P
    — SEC rule - mandates letter — to keep from
      being a conting —

Still get evg. letter from Midcoast —
Aud'b — now, need not tell Midc out
  of fee

② — Mode — wants ½ yr instead of ¼
  — Aif P1S in last Q. then mid Q —
  — Rebard — wants eff date of 9/30
  — LOI — signed 10/1

— No publican yet —

10/15 Tom P

Effec date of 9/30 — disc w Richard
Comments on Byr's —

**PWC P1324**

ENB-DOJ-028493

10/15   Tom Palmisano + Chris Harten

   - Gordon Taylor - replicating prov's in Asset
     Agr.
   - D. Langley has continued to talk w/ other
     suitors

   - K Pipe Holding Spl ✓

   - Sepn Consult Agr - w/ Co -
   -

10/18  Tom P.

   - Patrick Delaney - uncomfort w/ indemnity -
   - would be senior to their debt -
   - No cap gain for interest portion -

All need is to establish  value added

letter  ➔ $X fee out of proceeds
fee
   - ante to be $X
   - value added fare - as determ
      by our clients -

**PWC P1325**

ENB-DOJ-028494

Brian
Wilson

# Midcoast

Chris Kantrow-2028
713-821-2028

10/16  T. Hardy —

- Represents lender to Midcoast —
  Concern of lender — out of ordinary for
  advantage
  1st Q — indemnity request —
- Concern — ① Midcoast — exposure to seller
  ② Midcoast — view as std. purch. —
- Agree — from lender's pt of view,
  difficult to recast ①

-
- Interned — is under third party —
- Midcoast — will lose step up
  — PV - $20-30 M
- Bishop interest — overriding royalty
  in pipeline —
  — 1½% roy. int — purch. by Fort.
  — Not purch. by Midcoast —
  — will not be resold to Midcoast —
- Owned by another entity owned
  by another entity owned
- Will Bishop continue to own
  assets?
  — If Bishop is a shell easier to
  say entity is ignored
  & Fortr. is ignored
9th Cir — substance form —
  — Now — Bishop Group only owns
  pship int's
  — will continue to own pship
  int's that client not
  purchasing

Retained
assets

—Buying only 2 of 4 p/ships—

Drop Butcher int down —

<u>Indemnity</u> —

—Kpipe—
- Surmising this [ Bank won't allow a security to
- Not been told [     survive on assets?
      that    — Indcoast — has K w/ o Kpipe —
- At min, Langley Can't lend against— if lien —
  has to subord'
                — Langley — would have to subord
- may need to be
  interest ag?    — Bank — still might not agree
- don't want that    even if subordinate —
  complication
- Bus. call, not a legal call —

<u>Contingent payments</u> —


- Indcoast — assume Kpipe's obly
           to pay for zzook
- Langley pull out zero value
        prior to sale —
- Clearly a better way — if
        do as pre-sale restrb?
- Give advice that Bank can rely on?
        — Some help from Porter + Hedges
- IRS would try to find
        multi ways to attack
        — not think Langley
        — Probab Indco or Kpipe —
- Forte — using p'ducts
        or stuffing in loss assets —
- SY & Stan ? representing — Forte —
— K mode → says no deal if no indemnity —

— Not unusual for Bank to ask T&K opin
    on exposure

Captive? — Comfort not offering that fee —

— Give bank opinion — ? Nonneg —

— Privilege issue ?

— Not deal killer — but would get
    more $ —

— Legal I — even a valid lien ?

P. Delaney — w/ Bank — could be uncomfort
    — Also suggested that if unbold,
       could be OK

— Letter, w/ Forti — to establ pos
    that not a vooting fee

Goals of Forti letter
    — mdc = client

ENB-DOJ-028497

Tom P

-10/19 - Richard Robert

- Said seller role is smaller
  Richard - has to be senior to Bank debt -

10/20 Conf call - Rich Robert, Steve Korb
              + Tom Palmisano

①- Gone over position on cont rev int

8 Korb - Dennis → - cap gains on payments
                   - imputed interest component
                   - rec ord income
      - Dennis - not happy w/ base - but took
              int. in upside to get where wanted
    → Understand - co end of day, mid c.
      - At end of 10 years ∄ terminated
        ... then becomes MRG dnt -
              indep reason for starting up
        - Corsid for MRG int -
            - for K} as they expire -
    - Payment is the same even after 10 years -

    - Noncompetes for 1st 10 years ?

      Prog Dev Agr - expire in 7 years -

      < 2% of total -

      - 400,000/year -
      - Compare amt & typ (extra) to
        Dennis if potenti risk to Mideast
8 Steve K → would legitimize a low FMV

PWC P1329

ENB-DOJ-028498

- Butcher into - is in Bushp Group Ltd
  - ±6.07 M
  - have opt to buy for 6.5M

- Lease option for retained assets -
  - none of assets are conducive for
    rt of WAY -
  - Native Amer Tribe

→ Other pships or assets -

  - Kpipe - will pay off noteholders
    after buy stock - a closing -
    - do next day

- Then buy assets unencumbered -

  No binding agr by Fort to
    pay debt -
→ 2 phases - one w/ debt and
    one w/o
→ Once debt agr - is signed - Kpipe
    will talk to Noteholders -

→ Need Fortrend there -

  - 400,000/year
    - 6% nom rate
    - 3.085 million of prin - cap gain
      915,000 of ord income

PWC P1330

ENB-DOJ-028499

[ Jeff Furman
[ Gary Hoffman —

212-866-0770

10/20  [ Craig H Hoffman ] —

— Graham — producing Used Purch Agr.
— Calls from both sides —
— O's — re handling of prepay —
— where not using the deduc
— Tax benef. to Fortr. —
— Need set of doc's from Graham —
— Has not initiated —
— Doc's not reflect prepay —
— Craig H — for Wed AM — let us know

Cynthia — Graham's —

20-30 M of value of step-up
( Spend about 50% of that
( 5 to Largl plus fee to Fortr

10/20 — Bob N.

— Dennis gives quitclaim deed
= In exch for Conting note —
— Frequent — O&G indus & EE's get
interest — not uncommon to
ask for quitclaim —
— Stones of EE's from pipeline —
= Add to 154 also — or buying
as owner —
— Langley — said ro — cost $500,000

**PWC P1331**

ENB-DOJ-028500

10/20 _Steve Korb_

— Note-like instr given to Langley
    on exch for quit cl. deed —
— EY — ① 10 year term - not perpetual
— midcoast report consis. w/ how
    Langley reports
— leg. advantage? Rate base item?

10/21 | Craig Hoffran |

  [— Ron Cashner — law firm for Buyer
— — Told Graham — still some disagr.
    bt Asset buyer & stk seller
    after this transac.
— Ron — only one shot at asset agr
    bc wanted other agr's nego 1st
  [—Just heard from FTC — no Emli term
    — at least g. 30 day wait pd
    — starts on Tues of this week —
— Atty says working on docs — waiting
    for resolution
— Five to be at table w/ seller at
    this pt —

10/21 _Tom Palm._

Debt — stated on memo to bankers
91M — pd to $6Z
   — ESM premium —
Factored in Langley's deduction — when
    split from price adjusted -
Richard wants similar benefit w/
    Fortr. - ne bearg cost -

**PWC P1332**

ENB-DOJ-028501

→ we pay one price w/debt and w/o
- Richard not want to pay prem b/c
  of book earning, he wants
  as part of purch price

10/21 – Richard Robert

- is indemnify
  No security –
- Kpope and pships are obligated on
  indemnity –
- Make sure opinion –
- Can't expect to sign w/o seeing what
  kind of opinion –
- 30 days total – from when filed –
  Nov. 7
No exclusivity in LOI
Is regol w/ other parties –

We pay 8.5 M, rest of Fort's benefit

10/21 Craig Hoffman

- Cyrdy Norello – 30 days commencing
  from date of letter –
- Craig H – as long as not come
  out of pocket OK
  & will reduce so only
  pay myon true (step-up)
- Midco & pay net out of pocket
  to be Fort. –
ordinary ?  – of no AMT effect, will be at
                    35%
           – will offset recapture

10/21 — [Conf Call] — S Korb, Craig H., Richard R, Tom P.

- Assume a clos. date —
    - Accr. int. at reduc in price —
- Dennis — sign def agr by midnight Saturday
- Not getting Eally Term —
- Mgdco → close in escrow next Friday —
- Dennis — Kpipe sign by mid. Sat or deal is off
- Closing — not occur until Nov. 8
    - bci of tbR —
- Impos for Fostr. to have finan by Sat
- Fostr → need 2 weeks for financing
    - need K's to funl to Banks
    - Not close in escrow until 2wks from Fri (10/22)
- Fostr → says fin. in place —

- Only tax issue — state NOL's —

- Dennis — for K's time — said no deal if tbot sign —

Wait 1 week for $6.1 M —
Richard not dealing w/ Craig until (book) EOI signed?
Craig — not know about escrow closing —

10/21 — Ian S — + J. Furman
    [ Draft opinion + draft reps letter —
    [ Opinion lang → the acquired assets
       will have a tax bsis equal
       to cost in accord. w/ §1012 —

**PWC P1334**

ENB-DOJ-028503

— If gets repres'o from seller, is a bad
                                    fact —

10/·   <u>Richard Robert</u>

- Fortbend — Friday of next week —
- Won't have used comm appr until Wed
     of this week —
- 15M breakup fee — both ways —
Mde —  At p8 tomorrow — will have firm
     commitment —
- Marriott →
- Craig H — flying tonight —
- Nail down what Fortr paying, Midco's
     payment
- 2 state NOL's —
     - Koch wants cash value —
- At  Ritz Carlton —
     → Chris Kantson — Gen Counsel
-

PWC P1335

ENB-DOJ-028504

.6/22 -
Stock price       175,464,000
                + 6,506,000  - Butcher

Stey-up       175,464,000
             − 50,000,000
             _____
             125,464,600   = 132,068,000 step-up
             _____
             1 − .05

Fee  - 132,068,000 × 5% = 6,603,400

        15% = 990,510

_____

100% - MidKans
       KPC
       NorgasCo

Riverside - 50% - owned by KPC
            Midcoast buys other 50%
            754 for KPC affects KPC's interest
               in Riverside ?

- fund of EOA and MCC
   - Does Bish. G get 743(b) step-up
      when sell pship int's —

Karen G —

   - Tax cap acct plus liab = tax basis
   - If not true, have to do basis study —
   - If seller not value, buyer can
           make 754 —

**PWC P1336**

ENB-DOJ-028505

KPC/Riverside — ensure  754 ebr w
Riverside —

10/22 Conference w/ Craig, Cynthia, Chris & Ron
2 pm                              & Graham Taylor

① Oblig on indemnity — how run to
   KPC —
   — Hold stk for one year— for
      then hold pd →
   — Cy pres dostr → determ what
            intent of parties is —

Identify       — To extent other w. entitled,
rezn                  not affecti... — not agree
— 1 yr hold pd     Cover Bishop Gr two?
— Hold as cap    — Cant replicate on Buyer's Side —
   asset —       — Same 8.10 as if
                 — have KPC guarantee (elegant) —
                 — why would cause —
                 — read Art 9 closer
                 — Do guarantee us subrog t —

② Txt Shw Agr
   — Kpipe only B is obligated
   — Other liab's B as stk purchaser
        Agmt w/ Kpipe
   — Guarantee by Midwest OK?

③ 8.14 — put in Proj Dev Agr.

④ 10.3 (e) —
   Repres: ① Fort. nego as stk sale
           ② Finan by buyer w/ Flenders

[4th sale for tap purps]

- not sec or guar by Assets punt
③ Finance secured by arrang's to sell Assets
  - collat assn under Assets sale Agr?

④ Arm's length —
   Sale of assets = sale of stk
⑤ whether or not FMV? Deconfirm by indep appraisal?
   (Bose - fairness opin?
⑤ Purch & buyer are unrel — negs
   Arm's sale or arm's length

⑥ buyer - suffer net worth — to cover stk purch if sale of assets not made —

    → will have escrow

⑦ No ag. rel w Purchaser
⑧ Tax strategy's used by buyer to offset gain
⑨ Assets & liabs, retained —
⑩ No fee pd by mdc for entering into w STH —

   [ Give replies to Pvt Eyes ]

→ Revise 10.3(e) — to reflect
   Bruce Snyder — ⊂ X / —

ENB-DOJ-028507

4:15 pm — S Korb suggested that instead of indemnity, Forb could indemnify Dennis if Bishop transferred substantially assets to them. Liquidating

Told him that if recast as sale of assets by Bishop in hands of Dennis, Forb wouldn't be able to use its losses to offset gain.

Points —
① Can any desired assets to Langley be retained & licensed or leased back
② Can we separate signing of two agreements — next Friday & following Monday?

9:40 — mtg held GH Cuny, Cynthia & (Graham by phone) and Dennis (at least) Tivo and Jim Pryde to discuss structural pts

③ Will Forbent be able to retire debt w/in 2 days before
④ Rush on Butcher Int
⑤ Rush on K signing →

Need:
① Rush on retained assets and
② kind of closing

**PWC P1339**

ENB-DOJ-028508

10¹² Conf. w/ Craig Hoffman

① 8.14 outs
② KPC assume Kpipe oblig - guaranty?
③ KPC - of △ of control - acquiror will guarantee
    ⓐ Project Dev Agr         oblig of sub
    ⓑ Sec 8.10 —

- Rabo Bank    Need asset buyer's escrow b/f close on
                   stk purchase
              - unwind - wire instr's to pay in 3 days
    2 days — optical concern —

         Could do staggered contract signings —
    - Could sign Saturday —
              and sign w/ Midcoast on Thursday

| Sat | Tues | Wed. | Thurs | Fri |
|---|---|---|---|---|
| Develop Agr<br>Oper Agrs<br>b/t Langley<br>& KPC | Kpipe signs<br>K-subs to<br>breakup fee | Kpipe<br>receive<br>loan<br>approx | Kpipe's funding<br>fee oblig<br>kicks in if<br>not close | Closing of Kpipe stk<br>acquisition<br>Kpipe<br>- $ in escrow<br>pending HSR<br>Kpipe signs assets<br>agr w/ Midcoast<br>$ in funded<br>(release when debt<br>paid) |
| HSR Date<br>(Nov 8)<br><br>Escrow releases<br>stk to Kpipe<br>Kpipe begin to<br>pay off debt | Debt point<br><br>Kpipe transfer<br>assets to Midcoast | | | |

PWC P1340

ENB-DOJ-028509



10/22  Graham, Jeff Curran —

① - Close b/4 HSR filing?
    - Conditions for closing
  - Asset purch. agr — good close —
  - HSR only on asset side?
  - Could waive 24 day

② 182 - 190M financing —
    - Butcher ??? —
    - Not aware of Midcoast assis. on financing

  - Can sign K for vote b/4 asset deal

  Can say in $8M Agr
    — only to compl of cond's in Escrow
       K

  Prefers —
  link by link,   ① Assump Agr — Newco only sign
  not direct     — Guarantee — not specify & perf in liabs
  line           ② Guar Agr — Midcoast guar. the
                     oblig's of the ① new GP —

10/23 Mtg w/ Craig, Cynthia, Tino, Jim

① Fortr guarantee
   - $15M funding fee — concern
   - Also indemnities —
   Fortr check on

*[margin note:] Getting of Fortr comments*

② Debt - airplane - not included in True up
   $100,000 deposit - treated as prep exp.—

③ Escrow agent —

④ KPC ( ) — non true guar's

⑤ Mat Adv Effect — reps already

⑥ Closing - open

Debt payment —
   Not agree — Syn gave 20 dy notice
   *[margin note: Can not hort so Fort can pay]* Have told will waive —
   6 note holders →
   Debevoise - counsel —

Vot trust → terminated b/f closing

[ True-up — adjust accrual as of clos date
  Q — acct for 311(b) gain
      5.1(B) —

⑦ 754 elec

7.6 - delete

PWC P1342

ENB-DOJ-028511

(1) 8.10 — non-cash assets
— $83 M ?
— △ to o "caused by"
— Leave open — cap

Rider 24A — re estron

10.3(e) — prof firm assop to Dennis

Dennis → will get 2 opinions
No other △

11.2 — wed 4pm

12.9 — Assn ?

Issues:
① Timing of closing/escrow
② Cap on tax indem/
③ Liab's assumed by KPC

_____

10/23  Mtg of Midcoast & Fortnerd ..

① Indemn — no cap
② K pipe — sign today or monday
③ Water — 250
④ 4pm — Wed — fin. or not — 15m breakup
No — ⑤ Cash Friday
⑥ Fortr. guarantee —
⑦ midcoast — assume          ⓐ Cons. Agr
No — ⓐ Tax sharing —          ⓑ See Rad Agr
           ⓑ 8.10                     — midcoast honor
           ⓒ 5.4. release by 12/71
·No — ⓐ Art 9 —
           ⓑ Proj Dev

**PWC P1343**

ENB-DOJ-028512

10/23 - Response of Bishop

- . Tax Story - OK
- Ant - 9 - OK
- FoNR - must desig firm to file
  return
- Still disc - Caresssa's
  - Cost on Friday

10/23 - Response of Bishop -

Close on Nov 8 + FoNR false
use of TBSR?
NO.

10/23    Response of Bishop

Close in escrow - 10/29
Nov 8 - 15m releases from
escrow
drone from escrow and income
from KPC to Dennis -

M.Dco - deposit enough $ on Nov 8
- 15M in add. to punish
pmc fine by Mdc -

Completely proven
or behalf of
corp -
C/o/a →

- Bishop Group - has told claim
- assign C/o/a to Dennis Langley
standstill agr. written up
Creole = On. went to puntage

PWC P1344

ENB-DOJ-028513

10/23 Jeff F & Graham

- Amended LOI - of not sign
  on Thurs - pay liqu dam's
  of 13
- Jeff - at risk for $2M
- Unappil has option w/2M gain —
- Proposal - Midcoast fund $14M
  on Tues to fund Fort's agr
  not to stop
        they risk $1M - for them
        to lose, Midc has to
  walk away from 9/5M

Rabo Bank
Netherlands, NY

10/23 Craig - after his confer, w/ Tino
Monday - Fort   sign
Wed - room - Midc pays 14M
Wed 4pm - notify of financing
Repos lot off - Thurs - repos & wants close - ability to get
        out b/c of breached repos — over
Friday - closed in escrow

Earlier of, Nov 8 and HSR approval of assets
        (KPC) - escrow breaks
Oblig to notify each wk - whether not
clos. trad U wells — due every Friday
        - send ltr - extend for 1 week +
Dec 3 - last extend to Dec 10
If by Dec 10, no closing for any reason
        other than govt approval!
        - one 15M (back to back releases)
If no govt approv. by 10, deal is off &
        see 9 owed

**PWC P1345**

ENB-DOJ-028514

If ext to Dec 10, Ellen has opt to push to Jan
(top reasons)
Acct into on total - steps being work'd up
adj. on Oct 29 —
while $ in escrow —
- BGL gets revenue - work cap adj' —
- inch net increases price?
Langley — wants $ on escrow —

⟶ comes to $120,000/wk penalty

Tues - Midc sign 40% in Asset
Agr attached
- sign after whit closes on
Thursday

(4 pm)

Final Negos over Stk Purch Agr btn
Kpipe and Langley (Tino & Jim)

10/24

Mtg w/ Kpipe and Midcoast
- KC about to buy Stk
- want to ensure if Midc able
to buy assets/
- One $ - in pays on extens
elec by Jan this - Mid Co.
not willing
Review of Stk Purch Agr —
① Non-FIRPTA Certificate
② Langley - reps on str total
$ / RABO

**PWC P1346**

ENB-DOJ-028515



Debt - 68 + 119 + 8   - Use $10m reserve to pay off 98
Value whole - 8                        - wire - 68 + 8 + acc int (1.9)

182 + 6.5 - pd by Mdc - 188.5
                                    50 AB
                                   128.5 gain

Assume 28.5 ord
       100 cap
       - 8 ordded
      120.5 To shelter

_Resolution by Foster_

— Midco thought F wd get 35% benef
  of 8m pay
- F says only worth 5%
- if Midco's interest pays, not get full
  35% benef bc of 2/11 expiring
  NOL's
- So - in each, F drops 1 iterative gross-up
  worth 600
- Not fixed - costs Midco another
  300,000
- 10M not part of assets



PWC P1348

ENB-DOJ-028517

[Need repres from Kpipe re no plan or
intent re liquid of corps]

[Not spell out Make Whole Prem in
Asset Purch Agr]

- Butcher
    Escrow
    — Cash for assets
    ② Cash for Make Whole
    ③ Accrued int prior to Closg of 1.9M
—

10/25 Jeff Furman —

① Ordinary component —
    — No tax reporting requ for sale of
      policy interest —
    — Craig call Tom & go through

② Put & Friday in Escrow — for
    min of 10 days,
    — Pay bunch fee interest for
      10 days —
    — $200,000 —
    — Langley — gets int. on escrow
    — Stats have expense to
      # Aero
    — 1 week + couple days —
    — tf Mide covers, put into pine —
    — Unheard of — that do at this fee

**PWC P1349**

ENB-DOJ-028518

- Relay to Ian S —
God away up ovch — usually 2%
more! — not charging
- Not pay another $200,000

Q — interest on both escrows to
Langley?

Put in extra $ to cover Make Whole
premium —
- 275,000 diff —
- They need us to fund another
$275,000 —

[① release on diff dates?]
— Could over fund + not use all

~~~~~~~

( — rrobert @ midcoastenergy.com )

Jim Pryde — asked for Escrow Agr

~~TPS~~ —

10/25 Richard Robert

- B/c of their failure to file
- Mich. filed on a Monday; then filed
  on a Friday
- 4-5% — int on escrows —
- If he wants to pull over that —

- Deal → Langley gets their int, Fort.
  gets Mdc's interest —
- Fee on fee?
- Now have ire short impact —

10/15 Jeff Furman —

- OK my interest I — Br Forts
  gets int. on Mdc.
-

10/25  conf call — Midcoast,          BRR 6418
              — Cynthia Morelli
                    — Robert          Ron
    Graham    — Palmisan
              — Jefferies

① Agent for Escrow —
    — Mdc → Bank of A — wants to
      be escrow ag       247
    — Patrick Delaney — 713-7773

Craig
call        Cynthia needs doc's on

② Craig — talk about $10M
              shortfall
    — Robo → feels undercollat —
    — Extra $ goes to Noteholders,
              not Forts.
cmorella@   — Craig → make part of work cap
LLb.com         adj
    — Mdc → not have $10M of
              beway
    $14M — borrowed under

**PWC P1351**

ENB-DOJ-028520

existing facil

Craig → Escrow — need "as due" bring
　　　(language
　　　(Craig & Richard talk about)

③ ~~Passed~~ Purch Agr —
　　　Cynth — will send

④ Escrow Agr
　　　$14M — Rabo sending form
　　　to Craig — Craig ~~retrans~~

⑤ Ron — will do ~~Assets~~ Escrow

⑥ Pship Agmt —
　　　— send boilerplate —

⑦ Amended LOI
　　　— Chris will do — send to
　　　Craig

Dec 1 — as if Mdc has bought
　　　— Mdc become irg from entity
　　　— not pay into an debt
(laydays) He continues to get $ on
　　　escrow)
　　　— until D's — accrual of $1.9M

Sth Purch Agr — must be signed today

Ron 361-883-2356 — Ron Chachere
　　　— Craig —
　　　— Chris —

RLchachere@
aol.com

PWC P1352

ENB-DOJ-028521

10/25 Conf call — Craig H
            — Medicast — Richard Roberts

① None funds fund to Rabo bank @
   time of escrow
   Prob. → Debt covy says it must
   ~~stay~~ stay w/ bank

90% assurance
— 65 funds w/ escrow
— reduces $100M
prob. to 35M

② Asset Sale Agr — on way

③ 814M  Escrow

④ Guaranty — told Ron OK —

⑤ Asset Escrow —

I — of Foster extends K under Escrow
   Agr but no HSR
     — 6t filing was due
     — Agree to split interest on note
     — put in Asset Funk Agr —
Graham draft side letter

Craig H — raised 2 ✓'s w/ Jim Pryde
   ① Escrow — Dec 10
   ② ?

Graham — won't sign Sale Funk Agr
   until satisfied w/ escrow on Asset
            side —

1-800-232-1234
BRR1202

PWC P1353

ENB-DOJ-028522

10/25   Ron          Graham
        Richard      Cynthia
        Craig

Pryde sending new versions of Stk
Agr to Fortress
Not sending the Indroom, only
Pry Rev Agr

Σ's
① Tightening
   Escrow
   (m)
③ Sec Agr
④ Non-Comp.
   Agr

① Howard Cobor - CFO - $369,000 issue
   - ∆ of control
   - Oakland consulting -

① PDA - Chris + Ron need to read it -

② Stk Purch Agr - need redline -
   - to Craig, Ron & Gary

③ Escrow -
   - Agreed to give up extens part
   - not agree to move $10M - but
     working on w/ Chris to solve
     collateriz issue

Craig
- How to solve collat. Iss

④ Security Agr -    OK?
   - Banks - problem
   - Wants sec into in Rev's - Bank
     said NO

⑤ Guaranty - Ron has consents
⑥ Consult/Agr's -
   - Terminate Langley K?

Cynthia - "can't read everything
           they're sending me"

Kluge merger corp - buys stock, merges

PWC P1354

ENB-DOJ-028523