

KANSAS PIPELINE COMPANY
8325 LENEXA DRIVE • SUITE 400
LENEXA, KANSAS 66214
913-888-7139 • FAX 913-599-2573

August 25, 1999

VIA FACSIMILE

Lee Huber
Senior Counsel
Enron Tranportation & Storage
1400 Smith Street
Houston, TX  77002-7361

Dear Ms Huber:

Enclosed are the actual and budgeted Operations Division capital expenditures for 1995 - 1998. For 1998, the remaining $3.4 million of capital expenditures not reflected herein consist entirely of FERC Section 7 costs, Project Development and other assets included on the retained asset schedule previously provided. Routine Operations capital expenditures in 1997 totaled $206,885. Construction of the small town facilities totaled $3,657173 (see P700 Project Expenditure Summary). The combined total equates to 1997 additions to utility plant. Operations capital expenditures totaled $356,186 in 1996. Operations capital expenditures totaled $617,996 in 1995,

Sincerely,

Stephen Korb
Financial Analyst
Kansas Pipeline Company

cc:  Vean Gregg
     Chase Securities Inc.

KPI1092

ENB-DOJ-020888



GOVERNMENT
EXHIBIT
304
PENGAD-Bayonne, N. J.

ENB-DOJ-023507



Senior Consultant - Corp. Development

**Reliant Energy.**

P.O. Box 4567
Houston, TX 77210-4567
713 207 5510
Fax: 713 207 9865
E-mail: edwin-hess@
reliantenergy.com

---

**Kevin P. Erwin**
Senior Counsel

**Reliant Energy.**

P.O. Box 61867
Houston, TX 77208-1867
713 207 5232
Fax: 713 207 9572
E-mail: kerwin@
reliantenergy.com

---

**Walter L. Ferguson**
Vice President, Interstate Pipelines
Wholesale Group

**Reliant Energy.**

P.O. Box 4567
Houston, TX 77210-4567
Voice: 713 207 5128
Fax: 713 207 0690
E-mail: wlferguson@
reliantenergy.com

---

**John A. Fogg**
Manager, Market Development
Interstate Pipelines

**Reliant Energy.**

Wholesale Group
P.O. Box 4455
Houston, TX 77210-4455
713 207 5183
Fax: 713 207 9628
Pager: 800 672 6382
E-mail: jfogg@
reliantenergy.com

---



*NorAm Pipeline Services, Inc.*

Orland "Bud" Pylant
Senior Environmental
Specialist

525 Milam
Shreveport, Louisiana 71101
P.O. Box 21734
Shreveport, Louisiana 71151
E-mail: bpylant@noram.com

Tel: 318/429-3246
Fax: 318/429-3927
Pager: 800/443-7243
pin #083007
Mobile: 318/469-7754

---

**Donald R. Allen**
Financial Analyst
Reliant Energy Wholesale Group



P.O. Box 21734
Shreveport, LA 71151
Phone: 318/429.2973
Fax: 318/429.3417
Email: Don_R_Allen@
reliantenergy.com

---

dwood@bryancavellp

**KPI3530**

ENB-DOJ-023508



**David Dunnavant**
Director
Trading

Wholesale Group
PO Box 4455
Houston TX 77210-4455
713 207 1325
Fax 713 207 1177
Pager 800 535 9620
Mobile 713 822 5820
E-mail ddunnavant@
reliantenergy.com

KPI3531

ENB-DOJ-023509

## MUTUAL CONFIDENTIALITY AGREEMENT

AGREEMENT made as of the 4'th day of _August_, 1999 between The Bishop Group, Ltd. ("Company") and **Reliant Energy Gas Transmission Company** ("**Reliant**").

WHEREAS, **Reliant** is in the business of developing, owning and operating interstate and/or intrastate natural gas transmission lines, the transportation of natural gas and other energy related projects;

WHEREAS, Company is in the business of developing, owning and operating interstate and/or intrastate natural gas transmission lines, the sale and/or transportation of natural gas and other energy related projects;

WHEREAS, Company is the ultimate corporate owner of 100% of the general partnership interests in Kansas Pipeline Company, a Kansas general partnership (the "Pipeline");

WHEREAS, **Reliant** and Company may have provided and may in the future provide each other with certain information for the purpose of discussing the possible merger and/or consolidation of the Company and Reliant and/or the sale and/or acquisition of certain assets or stock of the Company by **Reliant** (hereafter collectively referred to as the "**Purpose**"); and

WHEREAS, Company and **Reliant** desire to establish certain conditions with respect to information disclosed to each other;

NOW THEREFORE, the parties, intending to be legally bound hereby, do agree as follows:

1.    **Restricted Information.**    The term "Restricted Information" shall include all information that is not known by or available to the public and that concerns the business or affairs of Company or **Reliant**, including existing Company or **Reliant** projects and those in development; the identity of Company's and **Reliant's** business partners or prospective business partners; the terms, conditions, and prices or the proposed terms, conditions and prices of any contract between **Reliant** and Company; the financial records of **Reliant** and/or the Company; and any other information identified by **Reliant** or Company as confidential. Company and **Reliant** each acknowledge and agree that in the course of, or incident to, the Purpose, **Reliant** and Company may provide to each other or Company and **Reliant** each may otherwise become exposed to the Restricted Information and that Company's and **Reliant's** access to the Restricted Information is necessary to enable Company and **Reliant** to perform the Purpose. Company and **Reliant** each agree that any Restricted Information disclosed to it by the other party in 1999, but prior to the execution date of this Agreement shall be subject to this Agreement. The party disclosing Restricted Information hereunder makes no warranty, express or implied, regarding the accuracy, completeness or usefulness of the Restricted Information furnished hereunder and the receiving party shall use the Restricted Information at its own risk and discretion. Each party to this Agreement reserves the right, in its sole and absolute discretion, to reject any or all proposals, to decline to furnish further Restricted Information, to deny access to its data and to terminate discussions and negotiations at any time without liability to the other party regarding

KPI3532

FNB-DOJ-023510

the Purpose. The exercise of these rights shall not affect the enforceability of any obligation arising under this Agreement before termination. Upon receipt of a notice in writing requesting any such termination of discussions and negotiations, the receiving Party agrees, within five (5) days after receipt of such request by the disclosing Party, to (i) return to the disclosing Party all Restricted Information delivered by the disclosing Party or its Representatives to the receiving Party, and no copies, extracts or other reproduction shall be retained by the receiving Party, and (ii) destroy all copies of any analyses, compilations, studies, or other documents, records or data prepared by the receiving Party which contain or otherwise reflect or are generated from the Restricted Information, and, if requested, one of the receiving Party's authorized officers shall provide certification to the disclosing Party that such Restricted Information has in fact been so destroyed.

2.    **Non-Disclosure.**    Company and **Reliant** each agree that at all times: (a) it will protect the Restricted Information from disclosure to persons not authorized herein by exercising at least the same care with respect thereto as it exercises with respect to its own confidential information of like kind, except if disclosure is required as described in paragraph 4 below; and (b) it will not employ the Restricted Information for any purpose other than the Purpose. The foregoing shall not prohibit or limit Company's or Reliant's use of information (including, but not limited to, ideas, concepts, know-how, techniques and methodologies) and the term Restricted Information shall not include that which: (a) was previously known to it; (b) was or is independently developed by it; (c) was rightfully acquired by it from a third party without continuing restriction on use of which it is aware; or (d) is or becomes part of the public domain through no breach by Company or **Reliant** of this Agreement.

3.    **No Transaction Obligated.** The sole purpose of this Agreement is to assist the receiving Party in the Purpose and does not obligate either party to enter into any future agreements. Unless and until a definitive agreement has been executed, (i) no contract or agreement providing for a transaction with the disclosing Party shall be deemed to exist between the receiving Party and the disclosing Party, and (ii) neither the disclosing Party nor the receiving Party will be under any legal obligation of any kind whatsoever with respect to any such transaction by virtue of this Agreement, or of any other written or oral expression by the parties, except, in the case of this Agreement, for the matters specially agreed to herein. For purposes of this Agreement, the term "definitive agreement" does not include an executed letter of intent or any other preliminary written agreement, nor does it include any written or verbal acceptance of any offer or bid by either party.

4.    **Restricted Dissemination.**    The parties agree to restrict the dissemination of Restricted Information within its organization and/or that of their respective affiliates and those persons having a need to know such information in the performance of duties related to this Agreement. Company and **Reliant** each agree to take such actions as are necessary, including appropriate agreements with or instructions to its subsidiaries, affiliates, officers, directors and employees, to enable it to perform its obligations hereunder. At the other party's request, **Reliant** or Company will cause any of its or its subsidiaries' or affiliates' officers, directors or employees participating in a project to acknowledge in writing their obligations hereunder; however, failure of either

2

KPI3533

ENB-DOJ-023511

equitable action is no waiver of that cause of action, unless that party's delay to take action exceeds the applicable statute of limitations. Any party's failure or delay in protesting, or contending breach or taking legal and/or equitable action upon the other party's breach is not to be considered as being a waiver of that party's cause of action for any subsequent breach of the same or of a different nature.

8.     **Termination of Agreement.** Either party to this Agreement may terminate the Agreement upon thirty (30) days written notice to the other at the addresses provided below or at such other address as may be substituted in writing. The provisions of this Agreement shall survive the termination of this Agreement with regard to any Restricted Information disclosed prior to the date of termination for a period of two (2) years after the date of termination.

9.     **Miscellaneous.**      The receiving Party shall be responsible for any breach of this Agreement by any of its employees, agents or representatives or affiliated entities. In this regard, the receiving Party agrees to pay or reimburse the disclosing Party for actual damages incurred as the result of the use of the Restricted Information by the receiving Party or any of its employees or representatives in contravention of the terms of this Agreement, including attorney fees and court costs. It is understood and agreed by the receiving Party that the Restricted Information disclosed hereunder may be special, unique and of an extraordinary character and the disclosing Party may be irreparably and immediately harmed by any breach of this Agreement by the receiving Party or its representatives and may not be made whole by monetary damages. Accordingly, the receiving Party agrees that, in addition to any other remedy to which the disclosing Party may be entitled at law or in equity, the disclosing Party shall be entitled to seek any injunction or injunctions (without the posting of any bond and without proof of actual damages) to prevent breaches or threatened breaches of this Agreement and/or to compel specific performance of this Agreement.

10.    **Agreement Governed by the Laws of Kansas.** This Agreement and the obligations of the parties hereunder, shall be interpreted, construed, and enforced in accordance with the laws, and not the laws pertaining to choice or conflict of laws, of the state of Kansas.

11.    **Amendments.** Any changes in the provisions of this Agreement made subsequent to its execution shall be made by formal, written and mutually executed amendments. It is stipulated that oral modifications and amendments hereto or other parole evidence shall not be binding and that no evidence of oral amendments or modifications shall be admissible during arbitration or other adjudication.

12.    **Agreement Subject to Laws.** If any provision of this Agreement or the application thereof to any party or any circumstance shall be found to be contrary to, or inconsistent with or unenforceable under any law, rule, regulation or order, the latter shall control and this Agreement shall be deemed modified accordingly, but in other respects the Agreement shall continue in full force and effect, subject to the modifications necessary to preserve the intent and considerations due the parties as set forth in this Agreement.

KPI3534

ENB-DOJ-023512

party to so request shall not affect the other party's obligations hereunder. If the receiving Party or any of its Representatives are requested or required (by deposition, interrogatory, request for documents, subpoena, civil investigative demand regulatory agency or other governmental entity exercising jurisdiction over the Party or subject matter in question or similar process) to disclose any of the Restricted Information, the receiving Party shall provide the disclosing Party with prompt written notice of such request or requirement and shall cooperate with the disclosing Party so it may seek a protective order or other appropriate remedy. Subject to the issuance of a protective order or other remedy being obtained, the receiving Party may produce such Restricted Information if in the opinion of counsel of the receiving Party, the Restricted Information is responsive to discovery requests or demands in the respective proceeding(s), but the receiving Party shall exercise reasonable efforts to obtain assurance that confidential treatment will be accorded such Restricted Information.

5.    **Assignment.**   This Agreement may not be assigned by either party hereto without the prior written consent of the other party, which consent may not be unreasonably withheld.

6.    **Notices.**  All notices and other correspondence required or made necessary by the terms of this Agreement shall be delivered to the respective parties hereto by registered mail, return receipt requested at the following addresses:

> **COMPANY:**          The Bishop Group, Ltd.
> 8325 Lenexa Drive, Suite 400
> Lenexa, KS 66214
> Telephone: 913-888-7139
> Fax: 913-599-5645
>
> **Reliant:**          **Reliant Energy Gas Transmission Company**
>
> P.O. Box 4455
> Houston, TX  77210
>
> Telephone: (713) 207-5163
> Fax: (713) 207-0711
> Attn: Cy Zebot

or to such other addresses as either party hereto may unilaterally designate in writing to the other. Duplicate notices may also be given by any of the following forms: telegram, telex, telecopy and/or personal delivery. A notice shall be deemed received when the first form of notice or duplicate notice is actually received by the party to whom it is addressed.

7.    **Waiver.** Each party reserves the right to waive, in whole or in part, any provision hereof which is for the benefit of that party, and such waiver shall not be construed as creating a course of conduct which prevents it from refusing to waive other provisions and/or the same provision thereafter. Any party's failure or delay in protesting, or contending breach or taking legal and/or

3

KPI3535

ENB-DOJ-023513

13.   **Titles of Articles, Sections and Subsections.**  The title and subtitles of articles, paragraphs and subparagraphs of this Agreement are for convenience only, are not part of the terms of this Agreement, are without legal or contractual significance, and as such shall not govern the terms of or in any way influence the interpretations of this Agreement.

14.   **Counterparts.**  This Agreement may be executed in multiple counterparts, each of which shall be an original, but all of which shall be deemed to constitute one instrument. This Agreement or any document executed in connection herewith shall be binding upon such signator party, if said signature is delivered by telecopier or other like transmission.

IN WITNESS WHEREOF, the undersigned, with full authority of their respective parties to bind them, have executed this Agreement as of the date first above written.

Executed on behalf of **COMPANY**

8325 Lenexa Drive
Suite 400
Lenexa, KS 66214

The Bishop Group, Ltd.

By: _____
Name: Dennis Langley
Title:  President

Executed on behalf of
**Reliant Energy Gas Transmission Company**

P.O. Box 4455
Suite 722
Houston, TX  77210

By: _____
Name: Cyril J. Zebot
Title: Vice President

5

KPI3536

ENB-DOJ-023514



**Wholesale Group**

P.O. Box 4455
Houston, Texas 77210-4455
713 207 1300

August 23, 1999

Ms. Yvette Korb
c/o Bryan Cave, L.L.P.
1200 Main Street, Suite 3700
Kansas City, Missouri 64105

Dear Ms. Korb:

      Pursuant to the request of Vean Gregg of Chase Securities, I am returning documentation provided by the Bishop Group.  If you should have any questions or comments concerning the foregoing, please do not hesitate to contact the undersigned.

Yours very truly,

Kevin P. Erwin
Senior Counsel

KPE/cal
Attachments

erwin/letters/korb-0823.doc

*KPI3537*

ENB-DOJ-023515

Name: ED HESS

Name of Company: RELIANT

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Chart of Subs/org. Structure | 1.4 | | | ✓✓ |
| 2. Asset Lists ~~Default~~ | 3.1-3.4 | | | ✓ ✓ |
| 3. Summary list of MarGasCo. Contracts | 7o(i-vi) | | | ✓ ✓ |
| 4. Kansas Pipeline's Index of Customers & Transport Contract Summary | 7k | | | ✓ ✓ |
| 5. Organization Charts | 9.1 | ✓ | ✓ | |
| 6. DML Employment Agreements | 9.5 a-d | ✓ | ✓ | |
| 7. Miscellaneous Employment Agreements | 9.6 a-b | ✓ | ✓ | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3538**

ENB-DOJ-023516

*Copy Request*

~MICRO
720AM 8/13

Name: **WALTER FERGUSON**

Name of Company: **RELIANT ENERGY**

## DOCUMENT REQUEST LIST

| | Document | Index # | Out | In | Copy |
|---|---|---|---|---|---|
| 1. | QBA'S | 7n i-v ✓ | | | ✓ |
| 2. | ORGANIZATION CHART | 9.1 ✓ | | | — |
| 3. | Employment Agreements | 9.5a-d ✓ | | | ✓ |
| 4. | Employee List | 9.3 ✓ | | | ✓ |
| 5. | Financial Information | 2.1 a-c ✓ | | ·· | ✓ |
| 6. | MarGas Co Financials | 2.2c ✓ | | | ✓ |
| 7. | Summary Financial Data | 24 a-d ✓ | | | ✓ |
| 8. | Regulatory Annual Reports | 2.5 a-b ✓ | | | ✓ |
| 9. | Corporate Annual Reports | 2.6 ✓ | | | ✓ |
| 10. | LT Note + Amendment | 2T | | | ✓ precopied |
| 11. | FERC TARIFF | 4.17 ✓ | | | ✓ |
| 12. | Existing Lease Agreement | 5.1 ✓ | | | ✓ |
| 13. | Tax DDA | 2.10 ✓ | | | ✓ |
| 14. | MarGas 1999-2000 Gross margin Forecast | 2.11 ✓ | | | ✓ |
| 15. | Lease Agreement | 5.2 ✓ | | | ✓ |
| 16. | Lease Agreement | 5.3 ✓ | | | ✓ |
| 17. | System Map | 4.19(b) ✓ | | | ✓ |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

**KPI3539**

ENB-DOJ-023517

Name: _Bud Pylant_

Name of Company: _Reliant Energy_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Air Emissions Inventory Forms _ _ _ _ | 8.2 g) | ✓ | | |
| 2. Annual Emissions Inventory forms _ _ _ | 8.2 h) | ✓ | | |
| 3. Annual reports (summary of total _ _ _ | 8.2 i) | ✓ | | |
| 4. Annual Compliance Forms for OTTAWA _ _ | 8.2 j) | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3540**

KC01DOCS/401837.01

ENB-DOJ-023518

Name: **WALTER FERGUSON**
Name of Company: **ALIANT ENERGY**

## DOCUMENT REQUEST LIST

| | Document | Index # | Out | In | Copy |
|---|---|---|---|---|---|
| 1. | Utter & Assoc. | 4.21 | ✓ | | ✓ |
| 2. | Utter & Assoc | 4.22 | ✓ | | ✓ |
| 3. | Y2K | 4.23 | ✓ | | ✓ |
| 4. | KPC Annual Report | 4.24 | ✓ | | ✓ |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

**KPI3541**

KC01DOCS/401837.01

ENB-DOJ-023519

Name: _Bud  PylanT_

Name of Company: _Reliant Energy Pipeline Services_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Environmental | 8.1 (all) | ✓ | | |
| 2. | 8.1 F | ✓ | | ✓ |
| 3. | 8.1 g | ✓ | | |
| 4. | i, ii, iii | ✓ | | ✓ |
| 5. | iv, v, vi,vii | ✓ | ✓ | ✓ |
| 6. APPlications / Permits / Approvals  8.2 | all | ✓ | | ✓ |
| 7. | all ( | | | |
| 8. | all ( | (   ) | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3542**

KC01DGCS/401837 01

ENB-DOJ-023520

Name: _Bud Pylant_
Name of Company: _Reliant Energy Pipeline_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Comp. Station noise study | 8.1 f) | | | ✓✓ |
| 2. Enviro. assessment of phenix --- | 8.1 i) | | | ✓✓ |
| 3. Supplement to the --- | 8.1 ii) | | | ✓ |
| 4. Preliminary Enviro. Review --- | 8.1 iii) | | | ✓ |
| 5. Enviro. Risk Assessment --- | 8.1 iv) | | | ✓ |
| 6. Internal memo dated --- | 8.1 v) | | | ✓ |
| 7. Enviro. assessment of Synergy --- | 8.1 vi) | | | ✓ |
| 8. Addendum to Enviro. assessment --- | 8.1 vii) | | | ✓ |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3543**

ENB-DOJ-023521

Name: _WALTER FERGUSON_
Name of Company: _ALLIANT_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. SUMMARY FINANCIAL DATA | 2.4 | ✓ | | |
| 2. OPERATING AGREEMENT | 17.2 C | ✓ | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3544**

KC01DOCS/401837.01

ENB-DOJ-023522

Name: _Kevin Erwin_
Name of Company: _Reliant_

## DOCUMENT REQUEST LIST

| | Document | Index # | Out | In | Copy |
|---|---|---|---|---|---|
| 1. | Purchase of Prop interests | 1.8 a | ✓ | | |
| 2. | " | 1.9 b | ✓ | ✓ | |
| 3. | KN Sale | 1.10 | ✓ | | |
| 4. | ~~Master to Purch~~ | ~~1.~~ | | | |
| 5. | Synergy Note | 2.7 | ✓ | | |
| 6. | Chase Credit Agmt | 2.8 | ✓ | | |
| 7. | Amended Chase " | 2.9 | ✓ | | |
| 8. | | ~~2.10~~ | | | |
| 9. | | ~~2.11~~ | | | |
| 10. | Office Leases | 5.1 | ✓ | | |
| 11. | " | 5.2 | ✓ | | |
| 12. | " | 5.3 | ✓ | | |
| 13. | Debt Financing Agr. | 6.1(a)-(d) | binders | | |
| 14. | KGS Lawsuit | 10.4 | binders | | |
| 15. | ROW | 12.1(a) | ✓ | | |
| 16. | Assignments | 12.2(a) | ✓ | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

KPI3545

KC01DOCS/401837.01

ENB-DOJ-023523

Name: ~~R Hooster~~ _Ed Hess_

Name of Company: _RELIANT_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. _Sydney Pipeline Company Agreement_ | 1.1d | ✓ | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

KC01DOCS/401337.01

**KPI3546**

ENB-DOJ-023524

Name: WALTER FERBUSON
Name of Company: RELIANT ENERGY

## DOCUMENT REQUEST LIST

| | Document | Index # | Out | In | Copy |
|---|---|---|---|---|---|
| 1. | REBUILD EST. FROM PANCO | 4.1 | ✓ | | |
| 2. | PRIOR KPO Agency Agreements | 4.7a-h | ✓ | | |
| 3. | REMEDIAL EFFORTS TO PROC. | 4.13 | ✓ | | |
| 4. | INTERNAL MEMO 7/11/94 | 4.16 | ✓ | | |
| 5. | FERC TARIFF | 4.17 | ✓ | | |
| 6. | EMPLOYEE POLICY & PROC | 4.18 | ✓ | | |
| 7. | SYSTEM MAP | 4.19 | ✓ | | |
| 8. | SERVICE AGREEMENTS | 7a- | ✓ | ✓ | |
| 9. | MISSOURI HIGHWAY | 7F | ✓ | ✓ | |
| 10. | INTERCONNECT AGREEMENTS | 7L i-ix | ✓ | ✓ | |
| 11. | DBA's | 7n i-v | ✓ | ✓ | |
| 12. | EMPLOYEE LIST | 9.3 | ✓ | | |
| 13. | LOSS REPORTS | 11.6 | ✓ | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

**KPI3547**

KC01DOCS/401537.01

ENB-DOJ-023525

Name: _ED  HASS_____

Name of Company: _RELIANT_____

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Stock Ledgers | 1.8a-c | ✓ | ✓ | |
| 2. ~~Financial Information~~ | ~~1.9a-c~~ | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3548**

KC01DOCS/401837 01

ENB-DOJ-023526

Name: _Bud Aylant_

Name of Company: _Reliant Energy_

## DOCUMENT REQUEST LIST

| Document | Index # | Out | In | Copy |
|---|---|---|---|---|
| 1. Letter dated 5-20-96 from Kansas... | 8.2 m) | | | ✓ |
| 2. Letter from Kansas Department of Health. | 8.2 o) | | | ✓ |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |

**KPI3549**

KC01DOCS/401337 01

ENB-DOJ-023527

# RELIANT ENERGY WHOLESALE GROUP

## Memorandum

Dated at:  Houston, Texas
August 11, 1999

TO:        Vean Gregg

FROM:      Kevin Erwin

RE:        Kansas Pipeline Company

Pursuant to your request, below is a list of the Reliant Energy Gas Transmis Company personnel who will visit the data room on August 12 and 13, 1999.

Bob Hausler, Vice President – Marketing
Walter Ferguson, Vice President – Operations
Ed Hess, Manager – Strategic Initiatives
John Fogg, Manager – Market Development
Don Allen, Financial Analyst
Bud Pylant, Senior Environmental Specialist
Kevin Erwin, Senior Counsel

KPE/cal

**KPI3550**

erwin/memos-agendas/gregg-0811.doc

RECEIVED TIMEAUG. 11. 11:46AM          PRINT TIMEAUG. 11 AII:47AM

ENB-DOJ-023528

# RELIANT ENERGY WHOLESALE GROUP

## Memorandum

Dated at:  Houston, Texas
August 11, 1999

TO:        Vean Gregg

FROM:      Kevin Erwin

RE:        Kansas Pipeline Company

Pursuant to your request, below is a list of the Reliant Energy Gas Transmission Company personnel who will visit the data room on August 12 and 13, 1999.

Bob Hausler, Vice President – Marketing
Walter Ferguson, Vice President – Operations
Ed Hess, Manager – Strategic Initiatives
John Fogg, Manager – Market Development
Don Allen, Financial Analyst
Bud Pylant, Senior Environmental Specialist
Kevin Erwin, Senior Counsel

KPE/cal

KPI3551

erwin/memos-agendas/gregg-0811.doc

RECEIVED TIMEAUG. 11. 11:46AM          PRINT TIMEAUG. 11. A11:47AM

ENB-DOJ-023529

Walter L. Ferguson
Vice President, Interstate Pipelines
Wholesale Group



P.O. Box 4567
Houston, TX 77210-4567
Voice 713 207 5128
Fax 713 207 0690
E-mail wferguson@
reliantenergy.com

Kevin P. Erwin
Senior Counsel



P.O. Box 61867
Houston, TX 77208-1867
713 207 5232
Fax 713 207 9572
E-mail kerwin@
reliantenergy.com



NorAm Pipeline Services, Inc.

Orland "Bud" Pylant
Senior Environmental
Specialist

525 Milam
Shreveport, Louisiana 71101
P.O. Box 21734
Shreveport, Louisiana 71151
E-mail: bpylant@noram.com

Tel: 318/429-3246
Fax: 318/429-3927
Pager: 800/443-7243
pin #083007
Mobile: 318/469-7754

Donald R. Allen
Financial Analyst
Reliant Energy Wholesale Group

P.O. Box 21734
Shreveport, LA 71151
Phone: 318/429-2973
Fax: 318/429-3417
Email: Don_R_Allen@
reliantenergy.com

Ed Hess
Senior Consultant - Corp. Development



P.O. Box 4567
Houston, TX 77210-4567
713 207 5510
Fax 713 207 9885
E-mail: edwin-hess@
reliantenergy.com

KPI3552

ENB-DOJ-023530

# RELIANT ENERGY WHOLESALE GROUP

## Memorandum

**Dated at:  Houston, Texas**
**August 11, 1999**

TO:       Vean Gregg

FROM:    Kevin Erwin

RE:       Kansas Pipeline Company

---

Pursuant to your request, below is a list of the Reliant Energy Gas Transmission Company personnel who will visit the data room on August 12 and 13, 1999.

Bob Hausler, Vice President – Marketing
Walter Ferguson, Vice President – Operations
Ed Hess, Manager – Strategic Initiatives
John Fogg, Manager – Market Development
Don Allen, Financial Analyst
Bud Pylant, Senior Environmental Specialist
Kevin Erwin, Senior Counsel

KPE/cal

8/13

Chase - Vean, Robert, Bill
KPC - Steve, yvette
BC - Dan

Reliant

**KPI3553**

erwin/memos-agendas/gregg-0811.doc

RECEIVED TIMEAUG. 11. 11:46AM          PRINT TIMEAUG. 11. A11:47AM

ENB-DOJ-023531



**Walter L. Ferguson**
Vice President, Interstate Pipelines
Wholesale Group

P.O. Box 4567
Houston, TX 77210-4567
Voice 713 207 5128
Fax 713 207 0690
E-mail wlferguson@
reliantenergy.com



**Kevin P. Erwin**
Senior Counsel

P.O. Box 61867
Houston TX 77208-1867
713 207 5232
Fax 713 207 9572
E-mail kerwin@
reliantenergy.com



*NorAm Pipeline Services, Inc.*

Orland "Bud" Pylant
Senior Environmental
Specialist

525 Milam
Shreveport, Louisiana 71101
P.O. Box 21734
Shreveport, Louisiana 71151
E-mail: bpylant@noram.com

Tel: 318/429-3246
Fax: 318/429-3927
Pager: 800/443-7243
pin #083007
Mobile: 318/469-7754



**Donald R. Allen**
Financial Analyst
Reliant Energy Wholesale Group

P.O. Box 21734
Shreveport, LA 71151
Phone 318/429-2973
Fax: 318/429-3417
Email: Don_R_Allen@
reliantenergy.com



Ed Hess
Senior Consultant · Corp Development

P.O. Box 4567
Houston, TX 77210-4567
713 207 5510
Fax 713 207 9885
E-mail edwin-hess@
reliantenergy.com

KPI3554

ENB-DOJ-023532

Reliant

## DATA ROOM INDEX

| | | DOCUMENT | COPIES |
|---|---|---|---|
| 1. | | Corporate Records | |
| | 1.1. | Current Articles of Incorporation/Partnership Agreements | |
| | a) | The Bishop Group, Ltd. | |
| | b) | Bishop Pipeline Company | |
| | c) | Bishop Gas Transmission Company | |
| | d) | Syenergy Pipeline Company, L.P. Limited Partnership Certificate **and** Amended and Restated Limited Partnership Agreement and Amendment No. 1 | |
| | e) | Kansas Pipeline Company Partnership Agreement f/k/a Riverside Pipeline Partnership | |
| | f) | Riverside Pipeline Partnership Agreement | |
| | g) | First Amendment to Riverside Pipeline Partnership Agreement | |
| | h) | Kansas Pipeline Partnership Agreement | |
| | i) | First Amendment to Kansas Pipeline Partnership Agreement | |
| | j) | KansOk Partnership Agreement | |
| | k) | First Amendment to KansOk Partnership Agreement | |
| | l) | Riverside Pipeline Company, L.P. Certificate **and** Amended and Restated Agreement of Limited Partnership of Riverside Pipeline Company, L.P. | |
| | m) | MarGasCo. Partnership Agreement | |
| | n) | First Amendment to MarGasCo Partnership Agreement | |
| | o) | Mid-Kansas Partnership Agreement | |
| | p) | First Amendment to Mid-Kansas Partnership Agreement | |
| | q) | Kansas Natural Partnership Agreement | |
| | r) | First Amendment to Kansas Natural Partnership Agreement | |
| | 1.2. | Current By-laws | |
| | a) | The Bishop Group, Ltd. | |
| | b) | Bishop Pipeline Company | |

KPI3555

FNB-DOJ-023533

| | | DOCUMENT | COPIES |
|---|---|---|---|
| | c) | Bishop Gas Transmission Company | |
| 1.3. | | Board, Shareholder Minutes and Consents (1/1/95 through 4/30/99) | |
| | a) | The Bishop Group, Ltd. | |
| | b) | Bishop Pipeline Company | |
| | c) | Bishop Gas Transmission Company | |
| | d) | Syenergy Pipeline Company , L.P. | |
| | e) | Kansas Pipeline Company Partnership, f/k/a Riverside Pipeline Partnership, a Kansas general partnership | |
| | f) | Kansas Pipeline Partnership | |
| | g) | MarGasCo Partnership | |
| | h) | Riverside Pipeline Company, L.P. | |
| | i) | Mid-Kansas Partnership | |
| | j) | Kansas Pipeline Operating Company | |
| 1.4. | | Chart of Subsidiaries/Organizational Structure | |
| 1.5. | | Listing Re: Incorporation/Foreign Qualification | |
| | a) | Bishop Pipeline Company | |
| | | • Missouri | |
| | | • Oklahoma | |
| | b) | Syenergy Pipeline Company Limited Partnership | |
| | | • Missouri | |
| | | • Oklahoma | |
| | c) | Riverside Pipeline Company, L.P. | |
| | | • Missouri | |
| | | • Oklahoma | |
| | d) | The Bishop Group, Ltd. | |
| | | • New Mexico | |
| 1.6. | | Voting Trust Agreement dated December 2, 1986 and ten (10) Amendments | |
| 1.7. | | Bishop Group, Ltd. Buy/Sell Agreement and Termination of Agreement | |

**KPI3556**

ENB-DOJ-023534

| DOCUMENT | COPIES |
|---|---|
| 1.8.    Capitalization/Stock Ledgers and/or Stock Certificates | |
|      a)     The Bishop Group, Ltd. | |
|      b)     Bishop Pipeline Company | |
|      c)     Bishop Gas Transmission Company | |
| 1.9.    Purchase of Partnership Interests on August 8, 1997 | |
|      a)   Purchase of Chase Manhattan Capital Corporation (CMCC) Partnership Interests on August 8, 1997 (SEE BINDER) | |
|      b)   Purchase of EON-Syenergy DR II Partnership Interests on August 8, 1997 and Purchase of TCW's interest in Stock of BGL and Release of TCW debt against Bishop Gas Transmission Company (SEE BINDER) | |
| 1.10.   KN Energy, Inc. Sale Documents (sale of two (2) expansion contracts and retention of certain easements)  (SEE BINDER) | |
| 1.11.   MarGasCo Partnership purchase of gas purchase and sale contracts from Petro Source Corporation on September 22, 1998 (SEE BINDER | |
| 1.12.   )Phenix Transmission Company Asset Acquisition (SEE BINDERS [4]) | |
| 2.    Financial Information | |
| 2.1.    Audited Financial Statements (Fiscal 1996-1998) | |
|      a)   The Bishop Group, Ltd. (calendar years 1996-1998) | |
|      b)   Syenergy Pipeline Company, L.P. (calendar years 1995, 1996 and 1997) | |
|      c)   MarGasCo Partnership (calendar years 1996, 1997 and 1998) | |
| 2.2.    Unaudited Financial Statements | |
|      a)   The Bishop Group, Ltd. – First Quarter Ended 3/31/99 | |
|      b)   Syenergy Company Limited Partnership – First Quarter Ended 3/31/99 and 3/31/98 | |
|      c)   MarGasCo Partnership – First Quarter Ended 3/31/99 | |
| 2.3.    Federal and State Income Tax Returns for Fiscal Years 1995, 1996 and 1997 | |
|      a)     The Bishop Group, Ltd. | |
| 2.4.    Summary Financial Data | |

KPI3557

ENB-DOJ-023535

| | | |
|---|---|---|
| | a) | Accounts Receivable Detail for the periods ending 12/31/98 and 3/31/99 for Kansas Pipeline Operating Company, Kansas Pipeline Partnership, Mid-Kansas Partnership, Kansas Pipeline Company, MarGasCo Partnership and The Bishop Group, Ltd. |
| | b) | Summary of Syenergy Pipeline Company, L.P. - bad debt experience ending 12/31/98 |
| | c) | Summary of Kansas Pipeline Operating Company - prepaid expenses 12/31/98 and 3/31/99 |
| | d) | Accounts Payable Detail for the periods ending 12/31/98 and 3/31/99 for SPC Companies and The Bishop Group, Ltd. |
| 2.5. | Regulatory Annual Reports | |
| | a) | Kansas Corporation Commission Reports for Kansas Pipeline Partnership for the years 1996 and 1997 |
| | b) | Federal Energy Regulating Commission Form 2, 1998 |
| 2.6. | 1995, 1996, 1997 Corporate Annual Reports for The Bishop Group, Ltd. in Kansas; Bishop Pipeline Company in Kansas, Oklahoma and Missouri; and Bishop Gas Transmission for Kansas | |
| 2.7. | Syenergy Pipeline Company, L.P. Long-Term Note and Amendment | |
| 2.8. | Credit Agreement between Chase Manhattan Bank and Syenergy Pipeline Company with amendments | |
| 2.9. | Amended and Restated Credit Agreement between Chase Manhattan Bank and MarGasCo Partnership with amendments | |
| 2.10. | Tax DDA Forecast 1998 through 2017 | |
| 2.11. | MarGasCo 1999 2000 Gross Margin Forecast | |
| 3. | Asset Lists | |
| 3.1. | Assets owned by The Bishop Group, Ltd. and/or its subsidiaries | |
| 3.2. | Assets excluded from transaction | |
| 3.3. | Miscellaneous Equipment and Telephone Leases/Agreements | |
| 3.4. | Master Equity Lease Agreement and copies of vehicle leases and titles | |
| 3.5. | Registration of 1973 Cessna Golden Eagle 421B and Promissory Note | |

KPI3558

ENB-DOJ-023536

| 4. | Operations and Administration | |
|---|---|---|
| 4.1. | Rebuild Estimate from Panco Stewart and Stevenson – dated 1/23/96 for Kansas Pipeline | |
| 4.2. | Waukesha – Pearce Industries, Inc. overhaul dated 10/25/95 | |
| 4.3. | Samples of One Call Tickets received in January for Kansas, January, February for Oklahoma and January, February, March for Missouri | |
| 4.4. | List setting forth Engine hours for period of 5/1/98 to 5/1/99 for Pawnee, Ottawa and Beaumont | |
| 4.5. | Peak Pressure Flow listings of delivery and receipt points | |
| 4.6. | Drawings of Compressor Stations | |
| | a) Pawnee Station | |
| | b) Beaumont Station | |
| | c) Ottawa Station | |
| 4.7. | Prior Kansas Pipeline Operating Company Special Agency Agreements | |
| | a) Syenergy Pipeline Company, L.P. | |
| | b) Kansas Pipeline Partnership | |
| | c) Kansas Natural Partnership | |
| | d) KansOk Partnership | |
| | e) Mid-Kansas Partnership | |
| | f) Riverside Pipeline Partnership | |
| | g) Riverside Pipeline Company, L.P. | |
| | h) Bishop Gas Transmission Company | |
| 4.8. | Drug Abuse Testing Agreement dated 1/1/96 between Kansas Pipeline Operating Company and Utility Consultants, Inc., with renewals through 9/20/99. | |
| 4.9. | Kansas Pipeline Company Gas Pipeline Operating and Maintenance Manual | |
| 4.10. | Kansas Pipeline Company Hazard Communication Procedure | |
| 4.11. | Kansas Pipeline Company Standard Operating Procedures | |
| 4.12. | Substance Abuse Policy for Natural Gas/Pipeline Employees of Kansas Pipeline Company | |

KPI3559

ENB-DOJ-023537

| | | |
|---|---|---|
| 4.13. | Remedial efforts to procedures and/or policies resulting from DOT audit with Letter of Concern from DOT to KPC. | |
| 4.14. | Kansas Pipeline Company Safety Manual | |
| 4.15. | Kansas Pipeline Company Emergency Response Manual | |
| 4.16. | Internal Memo dated 7/17/94 re:   KCC Information Request concerning compressor inspections | |
| 4.17. | Federal Energy Regulatory Commission Tariff for Kansas Pipeline Company | |
| 4.18. | Copy of The Bishop Group, Ltd. Employee Policies and Procedures | |
| 4.19. | System Map | |
| | a)  Detailed system map setting forth interconnects, delivery and receipt points, MAOP. | |
| | b)  Bishop System Schematic | |
| 4.20. | Assignment of all Assets to Kansas Pipeline Company | |
| 4.21. | Utter  &  Associates,  Inc.  Pipeline  Summaries  Estimated Replacement Costs and Remaining Life Assessment of KansOk Partnership and Riverside Pipeline Company, L.P. dated March 29, 1995 | |
| 4.22. | Utter  &  Associates,  Inc.  Pipeline  Summaries  Estimated Replacement Costs and Remaining Life Assessment of Kansas Natural Partnership and Kansas Pipeline Partnership dated March 29, 1995 | |
| 4.23. | Year 2000 Statements Issued and Received regarding Kansas Pipeline Company | |
| 4.24. | KPC Annual Report FERC Format #567 for 12 mo. Period ending 12/31/98 | |
| 5. | Office Leases | |
| 5.1. | Existing Corporate Office Leases | |
| 5.2. | Lease Agreement between Kansas Pipeline Company and Jack Bennett, dated 11/30/90 (Ottawa Shop Lease) | |
| 5.3. | Lease Agreement between Bryan and Kansas Pipeline Company, dated 11/1/95 (Medicine Lodge Shop Lease) and a Lease between Landwehr and Kansas Pipeline Company dated November 1, 1995 | |
| 6. | Private Placement Memorandum for the placement of $91,000,000 Long Term Notes and Collateral Documents with Institutional Investors. | |

KPI3560

ENB-DOJ-023538

| | |
|---|---|
| 6.1(a) **Debt/Financing Agreements** -- Syenergy Pipeline Company, L.P. Long-Term Note and Amendment [See Attachment A for complete index to the Syenergy Pipeline Company, L.P. Long-Term Note and related documents (SEE BINDERS) | |
| 6.1(b) Mortgage and UCC Filings relating to the Private Placement - Volume I -- Tabs I.A.1(a) through I.B.4(b)(iv) (SEE BINDER) | |
| 6.1(c) Mortgage and UCC Filings relating to the Private Placement - Volume II -- Tabs I.B.5(a)(i) through I.B.22(b)(iii) (SEE BINDER) | |
| 6.1(d) Mortgage and UCC Filings relating to the Private Placement - Volume III -- Tabs II.A.1(a) through V.A.1(b) (SEE BINDER) | |

| | | |
|---|---|---|
| 6.1(e) Exhibits to Mortgage by County (Private Placement): | | |
| | i) | Anderson County |
| | ii) | Barber County |
| | iii) | Butler County |
| | iv) | Chase County |
| | v) | Coffey County |
| | vi) | Comanche County |
| | vii) | Cowley County |
| | viii) | Elk County |
| | ix) | Franklin County |
| | x) | Greenwood County |
| | xi) | Harper County, KS |
| | xii) | Harvey County |
| | xiii) | Johnson County |
| | xiv) | Kingman County |
| | xv) | Lyon County |
| | xvi) | Marion County |
| | xvii) | Miami County |
| | xviii) | McPherson County |
| | xix) | Rice County |

KPI3561

ENB-DOJ-023539

| | | |
|---|---|---|
| xx) | Sedgwick County | |
| xxi) | Wyandotte County | |
| xxii) | Harper County, OK | |
| xxiii) | Osage County, OK | |
| xxiv) | Pawnee County, OK | |
| xxv) | Woods County, OK | |
| 6.1 (f) | Current List of Noteholders and copy of Transfer Ledger | |
| 6.1 (g) | Index of UCC Filings relating to the Butcher Interests and copies of related documents | |
| 7. | Service Agreements and Gas Transportation Related Agreements | |
| a) | Cathodic Protection/Inspection Services Agreement between Phillips Pipeline and Phenix Transmission Company executed in 1984 | |
| b) | Letters to Greenwood County RWD, dated 12/5/90, requesting water services for Beaumont Compressor Station dated 12/5/90 and 1/10/91 | |
| c) | Agreement between Fairfax Drainage District of Wyandotte County, Kansas and Riverside Pipeline Company, L.P. dated 8/2/89 | |
| d) | Construction or Field Services Agreement between Kansas Pipeline Operating Company and Odle Aviation for aerial patrol services | |
| e) | Aerial Patrol Agreement between Philips Pipeline Company and Kansas Pipeline Operating Company, dated 9/26/84 | |
| f) | Agreement between Missouri Highway and Transportation Commission and Riverside Pipeline Company, L.P., dated 8/2/89 | |
| g) | Atmos Energy Contracts | |
| | (i) Greeley Gas Company, 5,000 NN-SCT, Cedar Creek as amended | |
| | (ii) United Cities Gas Co. 4,000 NN-SCT Heritage Park, as amended | |
| | (iii) United Cities Gas Co. 500 NN-SCT New Strawn | |
| | (iv) Greeley Gas Company 1,000 NN-SCT Cedar Creek | |

KPI3562

ENB-DOJ-023540

| | |
|---|---|
| h) Kansas Gas Service Contracts, Amendments and Assignments and KCC Settlement Agreement | |
| (i) KGS 21,100 Firm Transportation converted from Gas Purchase Agreement (Wichita) | |
| (ii)Gas Transportation Service Agreement (KNP) | |
| (iii) Form of Service Agreement Rate Schedule FT (RVSD) | |
| (iv) Gas Transportation Service Agreement (KOK) | |
| KGS 27,568 FT (KC Metro) | |
| (v) Gas Transportation Service Agreement (KPP) | |
| (vi) Gas Transportation Service Agreement (KNP) | |
| (vii) Form of Service Agreement Rate Schedule FT (RVSD) | |
| (viii) Gas Transportation Service Agreement (KOK) | |
| (ix) KGS 35,000 NN-FT (KC Metro) | |
| (x) KGS 6,857 NN-FT (Paola & Osawatomie | |
| (xi) KGS 6,900 NN-FT (Ottawa) | |
| (xii) KGS 6,000 FT (Johnson & Wyandotte) | |
| (xiii) WRI 62,569 35,000 NN-FT 27,568 FT | |
| (xiv) KCC Settlement Agreement | |
| i) Transok Lease Agreements and Amendments consisting of: Agreement of Lease dated September 13, 1990 with KansOk Partnership; Operating Agreement dated September 13, 1990 between Transok, Inc. and KansOk Partnership; Linchpin Agreement dated September 13, 1990 between Transok Ventrues Company and Kansok Partnership, Bishop Pipeline Company and MarGasCo Partnership; 90 I Amendment to the Linchpin Agreement dated September 13, 1990; Amended and Restated Linchpin Agreement dated September 13, 1990; Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 24, 1992; Amendment I to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement effective November 1, 1992; Amendment II to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 24, 1992; Amendment to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated March 1, 1994; Amendment to the Amended and Restated Agreement of Lease | |

ENB-DOJ-023541

|  | and Amended and Restated Operating Agreement dated August 25, 1994; Amendment to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated November 1, 1994; Letter dated March 17, 1995 suspending Seasonal Exchange for the period; Letter dated October 10, 1995 re: period adjustments; Gas Purchase Contract dated September 1, 1997; Amendment III to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 1, 1999 |  |
|---|---|---|
|  | (i) Settlement Agreement |  |
| j) | Missouri Gas Energy Contracts |  |
|  | (i) Riverside I Agreement - 46,332 MMB&U (effective 5/11/98) |  |
|  | (ii) Mid-Kansas II Agreement - 46,332 MMB&U (effective 6/1/95- 5/10/98) |  |
| k) | Kansas Pipeline Company's Index of Customers and Transportation Contract Summary |  |
| l) | Interconnect Agreements with Kansas Pipeline Company |  |
| i.) | Interconnect Facility Operating Agreement Kansas Power and Light Company n/k/a MGE dated December 4, 1989 |  |
| ii.) | Interconnect Facility Operating Agreement with United Cities Gas Company dated June 22, 1990 |  |
| iii.) | Operating Agreement with United Cities Company dated May 1, 1995 |  |
| iv.) | Delivery Facility Construction, Ownership and Operating Agreement with Getty Gas Gathering, Inc. dated September 13, 1996 |  |
| v.) | Interconnect Facility Operating Agreement with Kansas Power and Light Company dated July 17, 1986 and Supplemental Agreement dated November 10, 1987 |  |
| vi.) | Interconnection Agreement between ANR Pipeline Company and KansOK Partnership dated October 14, 1994 |  |
| vii.) | Reimbursement, Construction, Ownership and Operation Agreement between Panhandle Eastern Pipeline Company and Riverside Pipeline Company, L.P., Miami County, KS dated July 25, 1996 |  |
| viii.) | Facilities Interconnection and Reimbursment Agreement between Panhandle Eastern Pipeline Company |  |

ENB-DOJ-023542

| | | |
|---|---|---|
| | and Kansas Pipeline Company dated February 15, 1991 | |
| ix.) | Operation and Maintenance Agreement between Panhandle Eastern Pipe Line Company and Kansas Pipeline Company dated February 1, 1991 | |
| m) | Interruptible Transportation Agreements of Kansas Pipeline Company | |
| i.) | Atmos Greeley Gas Company dated June 1, 1998 | |
| ii.) | Atmos United Cities Gas Company dated June 1, 1998 | |
| iii.) | MarGasCo Partnership dated June 1, 1998 | |
| iv.) | Oneok Gas Marketing Company dated September 1, 1998 | |
| n) | Operational Balancing Agreements | |
| i) | Panhandle Eastern Pipe Line Company at Phenix and Kansas Pipeline Meters | |
| ii) | Panhandle Eastern Pipe Line Company at Mastergas | |
| iii) | ANR Pipeline Company at Lovedale Kansok Interconnect | |
| iv) | Mid Continent Market Center | |
| v) | Getty Gas Gathering | |
| o) | Summary list of MarGasCo. Contracts | |
| i.) | January, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| ii.) | February, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| iii.) | March, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| iv.) | April, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| v.) | May, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |

| | | |
|---|---|---|
| | vi.) June, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| | p) Shared Repeater Subscription Agreement | |
| | q) Mobile Phone/Pager Agreements | |
| | r) Radio Station License | |
| **8.** | **Environmental Letters/Permits** | |
| 8.1. | Environmental Letters | |
| | a) Letter from State of Missouri, Department of natural Resources dated 6/24/94 regarding ID numbers for Hazardous Waste Activity | |
| | b) Letter from State of Kansas, Department of Health and Environment dated 6/9/94 regarding Notification of Hazardous Waste Activity | |
| | c) Letter from State of Kansas Department of Health and Environment regarding Petroleum Storage Tank Plan for Beaumont Compressor Station dated 9/11/90 | |
| | d) Letter from Franklin County Health Department County Sanitarian dated July 31, 1990 regarding septic tank | |
| | e) Letter from Kansas Department of Health & Environment dated 7/20/90 regarding petroleum storage tank plan | |
| | f) Compressor Stations Noise Study prepared for KPC by Burns and McDonnell in March, 1997 with Letter from Heller, Ehrman to FERC on May 17, 1999 setting forth compliance on noise levels; List of alternatives for noise reduction measures. | |
| | g) Environmental Assessments | |
| | i.) Environmental Assessment of the Phenix Transmission Company for Bishop Pipeline Company by Environmental and Safety Services, Inc. dated September 27, 1989 | |
| | ii.) Supplement to the Environmental Assessment of the Phenix Transmission Company for Bishop Pipeline Company by Environmental and Safety Services, Inc. dated October 16, 1989 | |
| | iii.) Preliminary Environmental Review for KansOk Pipeline by Environmental and Safety Services, Inc. dated April 18, 1990 | |

KPI3566

ENB-DOJ-023544

| | iv.) | Environmental Risk Assessment of Kansas Pipeline Company and Kansas Natural, Inc. prepared for Vinson and Elkins dated May, 1990 | |
|---|---|---|---|
| | v.) | Internal Memorandum dated June 24, 1991 addressing Pilko Report recommendations | |
| | vi.) | Environmental Assessment of Syenergy Pipeline Company, L.P. prepared by Pilko & Associates, Inc. dated May 22, 1992 | |
| | vii.) | Addendum to Environmental Assessment of Syenergy Pipeline Company, L.P. prepared by Pilko & Associates, Inc. dated May 22, 1992 dated 5/29/92 | |

| 8.2. | | Applications/Permits/Approvals | |
|---|---|---|---|
| | a) | Part 70 Permit Application for the KansOK Partnership, Pawnee Compressor Station, Pawnee County, OK, September 1996 and Authorization to Operate effective 9/11/98 | |
| | b) | 40 CFR Part 70 General Operating Permit Application for the Kansas Pipeline Partnership, Beaumont Compressor Station, Greenwood County, Kansas, October 1996 | |
| | c) | 40 CFR Part 70 General Operating Permit Application for the Kansas Pipeline Partnership, L.P., Ottawa Compressor Station, Franklin County, Kansas, October 1996 | |
| | d) | Class I Operating Permit for Beaumont Compressor Station issued 7/31/97 | |
| | e) | Class I Operating Permit for Ottawa Compressor Station issued 7/31/97 | |
| | f) | Pawnee Compressor Station Semi Annual Report for Authorization No. 96-404-TV for Air Quality Division | |
| | g) | Air Emissions Inventory Forms submitted to Kansas Department of Health and Environment, Bureau of Air and Radiation on May 25, 1999 (2 reports for Ottawa Compressor Station) | |
| | h) | Annual Emission Inventory forms for Pawnee Compressor Station submitted to Emissions Inventory and Fee Development Unit, Air Quality Division, Oklahoma Dept. of Environmental Quality on March 29, 1999 | |
| | i) | Annual reports (Summary of total operating hours per location per Title V permit requirements for Ottawa Station, Beaumont Station) | |

KPI3567

ENB-DOJ-023545

| | | |
|---|---|---|
| | submitted on May 25, 1999 to Kansas Department of Health and Environment, Bureau of Air and Radiation | |
| j) | Annual Compliance Forms for Ottawa Station and Beaumont Station submitted on May 25, 1999 to Kansas Department of Health and Environment, Bureau of Air and Radiation | |
| k) | Johnson County Industrial Solid Waste disposal Authorization dated 1/19/96 | |
| l) | Butler-Greenwood Bi-County Health Department sewage facility construction approval | |
| m) | Letter dated 5/20/96 from Kansas Department of Health and Environment regarding Permit No. I-WA23-N001 | |
| n) | Letter from Office of Zoning Administration dated 6/20/90 regarding Septic System/Building permit 276 | |
| o) | Letter from Kansas Department of Health & Environment dated 9/1/95 regarding Kansas Water Pollution Control Permit No. | |

| | | |
|---|---|---|
| 9. | Human Resources | |
| 9.1. | Organization Charts (Job Titles for all Employees) | |
| 9.2. | Employee List with Compensation | |
| 9.3. | Benefits | |
| | a) Medical/Dental | |
| |    i) Medical Plan Summary | |
| |    ii) Group Dental Plan Summary | |
| | b) 401(k) Plan Description and Contracts | |
| | c) Life/Accidental Death and Dismemberment Summary | |
| | d) Long-Term Disability Insurance Summary | |
| | e) 401(k) Plan Form 5500 for the years 1996, 1997 and 1998 | |
| | f) Services Agreement with third party 401(k) administrator and letter agreement with Trustee of Plan | |
| | g) Telephone number and address of the 401(k) Plan third party administrator and telephone number and address of the 401(k) Plan Trustee | |
| | h) 401(k) Plan Loan Provisions and Loan Policy | |
| | i) 401(k) Plan Sample forms for salary deferral elections, plan loans | |

ENB-DOJ-023546

| | | |
|---|---|---|
| | and distribution elections (including hardship withdrawals) | |
| j) | Cafeteria Plan Form 5500 for the years 1996, 1997 and 1998 | |
| k) | Section 125 Discrimination Testing Results for 1998 and 1999 | |
| l) | Sample forms for Cafeteria Plan participation and information regarding the benefit | |
| m) | Summary Plan Descriptions of Cafeteria Plan, Dental Insurance, 401(k) Plan and Summary of Material Modifications and Supplement to the Summary Plan Description for 401(k) Plan | |
| n) | Telephone number and address of the Section 125 (Cafeteria Plan) Administrator | |
| o) | Cafeteria Plan with Flexible Spending Arrangement Plan Document for 1999 | |
| p) | Sample Cobra Election and Notification Forms | |
| 9.4. Employee Manual | | |
| 9.5. DML Employment Agreements | | |
| a) | The Bishop Group, Ltd. | |
| b) | Management Resources Group, Ltd. | |
| c) | Consolidation and Amendment of Management Agreement and Employment Contracts with The Bishop Group, Ltd. and its subsidiaries | |
| d) | Syenergy Pipeline Company, L.P. | |
| 9.6. Miscellaneous Employment Agreements | | |
| a) | Consulting Agreements | |
| b) | Employee Agreements | |
| 10. Legal Matters (See Binders) | | |
| 10.1. | Cases before The Public Service Commission of the State of Missouri | |
| a) | Pleadings In the matter of Missouri Gas Energy's Cost Adjustment Tariff Revisions to be viewed in its 1996-1997 Annual Reconciliation Adjustment Account GR96-450 [1 vol] | |
| b) | Depositions in GR96-450 case above [1 vol] | |
| c) | Testimony in GR96-450 case above [1 vol] | |
| d) | Data Requests and Response in GR96-450 case above [___ vol] | |

ENB-DOJ-023547

| | | |
|---|---|---|
| | e) | Rebuttal Testimony in GR96-450 case above [1 vol] | |
| 10.2. | | Cases before the Circuit Court of Cole County, Missouri | |
| | a) | State of Missouri ex rel. Riverside Pipeline Company, L.P. and Mid-Kansas Partnership v. Public Service Commission of Missouri -- Case No. CV-199-53CC [1 vol] | |
| | b) | State of Missouri ex rel. Riverside Pipeline Company, L.P. and Mid-Kansas Partnership, Realtors v. The Missouri Public Service Commission -- Case No. CV-198-1505-CC [1 vol] | |
| 10.3. | | Federal Energy Regulation Commission Consolidated Docket Nos: | |
| | a) | CP96-152-000 -- Riverside Pipeline Company, L.P. [9 vol] | |
| | b) | CP97-738-000 -- Transok, Inc. [2 vol] | |
| | c) | RP95-212-000 -- KansOk Partnership et.al. [3 vol] | |
| | d) | RP95-395-000 -- Williams Natural Gas Co. v. KPOC et.al. [4 volumes] | |
| | e) | PR94-3000 -- KansOk Partnership [4 vol] | |
| | f) | Request for Rehearing [1 vol] | |
| | g) | Transcript of Proceedings [2 vol] | |
| | h) | FERC Data Requests [1 vol] | |
| 10.4. | | OneOk, Inc. d/b/a its division, Kansas Gas Service Company v. Kansas Pipeline Company; Syenergy Pipeline Company, L.P.; Bishop Pipeline Company; and Bishop Gas Transmission Company - Case No. 99 C 06574- Johnson County, Kansas; Case No. 99-2268-KHV-Federal Court, Kansas City, Kansas | |
| 10.5. | | List of regulatory proceedings in which Kansas Pipeline Company is an intervenor or party | |
| 10.6. | | Key Orders and Pleadings granted in Kansas Corporation Commission (KCC) and Federal Energy Regulatory Commission Dockets | |
| | a) | Trial Brief of Kansas Pipeline Partnership and Kansas Natural Partnership dated December 19, 1994 with Appendix | |
| | b) | March 17, 1995 KCC Order Regarding Application of KPP/KNP | |
| | c) | June 16, 1995 KCC Order | |
| | d) | November 6, 1995 KCC Order Regarding Petitions for Reconsideration | |
| | e) | December 30, 1996 KCC Order on Remand | |

KPI3570

ENB-DOJ-023548

| | | |
|---|---|---|
| | f) March 5, 1997 Initial Comments of RPCLP in FERC Docket | |
| | g) March 25, 1997 Reply Comments of RPCLP in FERC Docket | |
| | h) October 3, 1997 FERC Order Granting and Denying Rehearings, Issuing Certificates and Establishing Refunds | |
| | i) November 3, 1997 Request for Rehearing of KPC, KPP, KP, RPCLP and KPOC | |
| | j) April 29, 1998 FERC Order on Rehearing | |
| | k) April 2, 1999 FERC Order | |
| | l) June 18, 1999 FERC Order | |
| | m) Accounting Order of Kansas Pipeline Partnership issued October 30, 1991 | |
| | n) Accounting Order of Kansas Natual Partnership issued October 30, 1991 | |
| 11. | Insurance/Risk Management | |
| | a) Summary of Insurance Coverage for Combined Property, Business Interruption and Boiler Coverage; Commercial General Liability, Business Automobile, Workers' Compensation, Excess Liability and Binders for Coverages | |
| | b) Loss Reports for Workers Compensation and Automobile for policy periods 7/1/96 to 7/1/97 and 7/1/97 to 7/1/98 | |

KPI3571

ENB-DOJ-023549

| 12. | Kansas Pipeline Company FERC Transition, May 11, 1998 | |
|---|---|---|
| | 12.1   Rights-of-Way, Easements Leases and Personal Property Conveyances by County: | |
| | a)  Anderson County | |
| | b)  Barber County | |
| | c)  Butler County | |
| | d)  Cass County, MO | |
| | e)  Chase County | |
| | f)  Coffey County | |
| | g)  Comanche County | |
| | h)  Cowley County | |
| | i)  Elk County | |
| | j)  Franklin County | |
| | k)  Harper County, OK | |
| | l)  Harper County, KS | |
| | m) Harvey County | |
| | n)  Jackson County, MO | |
| | o)  Johnson County | |
| | p)  Kingman County | |
| | q)  Lyon County | |
| | r)  Marion County | |
| | s)  McPherson County | |
| | t)  Miami County | |
| | u)  Osage County, OK | |
| | v)  Pawnee County, OK | |
| | w) Platte County, MO | |
| | x)  Rice County | |
| | y)  Sedgwick County | |
| | z)  Woods County, OK | |
| | aa) Wyandotte County | |
| | bb) Greenwood County | |

KPI3572

ENB-DOJ-023550

| 12.2 | FERC Transition Documents | |
|------|---------------------------|---|
| a) | Agreement between Bishop Pipeline Company, Syenergy Pipeline Company, L.P., Kansas Pipeline Partnership, KansOk Partnership, Riverside Pipeline Partnership and Riverside Pipeline Company, L.P. dated May 11, 1998 | |
| b) | General Partnership Agreement of Kansas Pipeline Company dated May 11, 1998 | |
| c) | Operating Agreement between Kansas Pipeline Company and Kansas Pipeline Operating Company dated May 11, 1998 | |
| d) | Assignments of Gas and Transportation Contracts | |
| e) | Conveyance of all Personal Property | |
| | i.) KansOk Partnership | |
| | ii.) Kansas Pipeline Partnership | |
| | iii.) Riverside Pipeline Company, L.P. | |
| f) | Authorizations | |
| | i.) Consent Minutes of Syenergy Pipeline Company, L.P. dated May 11, 1998 | |
| | ii.) Consent Minutes of Kansas Pipeline Partnership dated May 11, 1998 | |
| | iii.) Consent Minutes of KansOk Partnership dated May 11, 1998 | |
| | iv.) Consent Minutes of Riverside Pipeline Partnership dated May 11, 1998 | |
| | v.) Consent Minutes of Riverside Pipeline Company, L.P. dated May 11, 1998 | |
| g) | Recording Index | |

KPI3573

ENB-DOJ-023551

*Reliance.*

## DATA ROOM INDEX

| DOCUMENT | | | COPIES |
|---|---|---|---|
| 1. | Corporate Records | | |
| | 1.1. | Current Articles of Incorporation/Partnership Agreements | |
| | | a) The Bishop Group, Ltd. | |
| | | b) Bishop Pipeline Company | |
| | | c) Bishop Gas Transmission Company | |
| | | d) Syenergy Pipeline Company, L.P. Limited Partnership Certificate **and** Amended and Restated Limited Partnership Agreement and Amendment No. 1 | |
| | | e) Kansas Pipeline Company Partnership Agreement f/k/a Riverside Pipeline Partnership | |
| | | f) Riverside Pipeline Partnership Agreement | |
| | | g) First Amendment to Riverside Pipeline Partnership Agreement | |
| | | h) Kansas Pipeline Partnership Agreement | |
| | | i) First Amendment to Kansas Pipeline Partnership Agreement | |
| | | j) KansOk Partnership Agreement | |
| | | k) First Amendment to KansOk Partnership Agreement | |
| | | l) Riverside Pipeline Company, L.P. Certificate **and** Amended and Restated Agreement of Limited Partnership of Riverside Pipeline Company, L.P. | |
| | | m) MarGasCo. Partnership Agreement | |
| | | n) First Amendment to MarGasCo Partnership Agreement | |
| | | o) Mid-Kansas Partnership Agreement | |
| | | p) First Amendment to Mid-Kansas Partnership Agreement | |
| | | q) Kansas Natural Partnership Agreement | |
| | | r) First Amendment to Kansas Natural Partnership Agreement | |
| | 1.2. | Current By-laws | |
| | | a) The Bishop Group, Ltd. | |
| | | b) Bishop Pipeline Company | |

ENB-DOJ-023552

| DOCUMENT | COPIES |
|---|---|
| c) Bishop Gas Transmission Company | |
| 1.3. Board, Shareholder Minutes and Consents (1/1/95 through 4/30/99) | |
| a) The Bishop Group, Ltd. | |
| b) Bishop Pipeline Company | |
| c) Bishop Gas Transmission Company | |
| d) Syenergy Pipeline Company , L.P. | |
| e) Kansas Pipeline Company Partnership, f/k/a Riverside Pipeline Partnership, a Kansas general partnership | |
| f) Kansas Pipeline Partnership | |
| g) MarGasCo Partnership | |
| h) Riverside Pipeline Company, L.P. | |
| i) Mid-Kansas Partnership | |
| j) Kansas Pipeline Operating Company | |
| 1.4. Chart of Subsidiaries/Organizational Structure | |
| 1.5. Listing Re: Incorporation/Foreign Qualification | |
| a) Bishop Pipeline Company<br>• Missouri<br>• Oklahoma | |
| b) Syenergy Pipeline Company Limited Partnership<br>• Missouri<br>• Oklahoma | |
| c) Riverside Pipeline Company, L.P.<br>• Missouri<br>• Oklahoma | |
| d) The Bishop Group, Ltd.<br>• New Mexico | |
| 1.6. Voting Trust Agreement dated December 2, 1986 and ten (10) Amendments | |
| 1.7. Bishop Group, Ltd. Buy/Sell Agreement and Termination of Agreement | |

ENB-DOJ-023553

| DOCUMENT | COPIES |
|---|---|
| 1.8. Capitalization/Stock Ledgers and/or Stock Certificates | |
| a) The Bishop Group, Ltd. | |
| b) Bishop Pipeline Company | |
| c) Bishop Gas Transmission Company | |
| 1.9. Purchase of Partnership Interests on August 8, 1997 | |
| a) Purchase of Chase Manhattan Capital Corporation (CMCC) Partnership Interests on August 8, 1997 (SEE BINDER) | |
| b) Purchase of EON-Syenergy DR II Partnership Interests on August 8, 1997 and Purchase of TCW's interest in Stock of BGL and Release of TCW debt against Bishop Gas Transmission Company (SEE BINDER) | |
| 1.10. KN Energy, Inc. Sale Documents (sale of two (2) expansion contracts and retention of certain easements) (SEE BINDER). | |
| 1.11. MarGasCo Partnership purchase of gas purchase and sale contracts from Petro Source Corporation on September 22, 1998 (SEE BINDER | |
| 1.12. )Phenix Transmission Company Asset Acquisition (SEE BINDERS [4]) | |
| 2. Financial Information | |
| 2.1. Audited Financial Statements (Fiscal 1996-1998) | |
| a) The Bishop Group, Ltd. (calendar years 1996-1998) | |
| b) Syenergy Pipeline Company, L.P. (calendar years 1995, 1996 and 1997) | |
| c) MarGasCo Partnership (calendar years 1996, 1997 and 1998) | |
| 2.2. Unaudited Financial Statements | |
| a) The Bishop Group, Ltd. – First Quarter Ended 3/31/99 | |
| b) Syenergy Company Limited Partnership – First Quarter Ended 3/31/99 and 3/31/98 | |
| c) MarGasCo Partnership – First Quarter Ended 3/31/99 | |
| 2.3. Federal and State Income Tax Returns for Fiscal Years 1995, 1996 and 1997 | |
| a) The Bishop Group, Ltd. | |
| 2.4. Summary Financial Data | |

KPI3576

ENB-DOJ-023554

|   | a) | Accounts Receivable Detail for the periods ending 12/31/98 and 3/31/99 for Kansas Pipeline Operating Company, Kansas Pipeline Partnership, Mid-Kansas Partnership, Kansas Pipeline Company, MarGasCo Partnership and The Bishop Group, Ltd. |   |
|---|---|---|---|
|   | b) | Summary of Syenergy Pipeline Company, L.P. - bad debt experience ending 12/31/98 |   |
|   | c) | Summary of Kansas Pipeline Operating Company - prepaid expenses 12/31/98 and 3/31/99 |   |
|   | d) | Accounts Payable Detail for the periods ending 12/31/98 and 3/31/99 for SPC Companies and The Bishop Group, Ltd. |   |
| 2.5. | | Regulatory Annual Reports |   |
|   | a) | Kansas Corporation Commission Reports for Kansas Pipeline Partnership for the years 1996 and 1997 |   |
|   | b) | Federal Energy Regulating Commission Form 2, 1998 |   |
| 2.6. | | 1995, 1996, 1997 Corporate Annual Reports for The Bishop Group, Ltd. in Kansas; Bishop Pipeline Company in Kansas, Oklahoma and Missouri; and Bishop Gas Transmission for Kansas |   |
| 2.7. | | Syenergy Pipeline Company, L.P. Long-Term Note and Amendment |   |
| 2.8. | | Credit Agreement between Chase Manhattan Bank and Syenergy Pipeline Company with amendments |   |
| 2.9. | | Amended and Restated Credit Agreement between Chase Manhattan Bank and MarGasCo Partnership with amendments |   |
| 2.10. | | Tax DDA Forecast 1998 through 2017 |   |
| 2.11. | | MarGasCo 1999 2000 Gross Margin Forecast |   |
| **3.** | | **Asset Lists** |   |
| 3.1. | | Assets owned by The Bishop Group, Ltd. and/or its subsidiaries |   |
| 3.2. | | Assets excluded from transaction |   |
| 3.3. | | Miscellaneous Equipment and Telephone Leases/Agreements |   |
| 3.4. | | Master Equity Lease Agreement and copies of vehicle leases and titles |   |
| 3.5. | | Registration of 1973 Cessna Golden Eagle 421B and Promissory Note |   |

| 4. | Operations and Administration | |
|---|---|---|
| 4.1. | Rebuild Estimate from Panco Stewart and Stevenson – dated 1/23/96 for Kansas Pipeline | |
| 4.2. | Waukesha – Pearce Industries, Inc. overhaul dated 10/25/95 | |
| 4.3. | Samples of One Call Tickets received in January for Kansas, January, February for Oklahoma and January, February, March for Missouri | |
| 4.4. | List setting forth Engine hours for period of 5/1/98 to 5/1/99 for Pawnee, Ottawa and Beaumont | |
| 4.5. | Peak Pressure Flow listings of delivery and receipt points | |
| 4.6. | Drawings of Compressor Stations | |
| | a)    Pawnee Station | |
| | b)    Beaumont Station | |
| | c)    Ottawa Station | |
| 4.7. | Prior Kansas Pipeline Operating Company Special Agency Agreements | |
| | a)  Syenergy Pipeline Company, L.P. | |
| | b)  Kansas Pipeline Partnership | |
| | c)  Kansas Natural Partnership | |
| | d)  KansOk Partnership | |
| | e)  Mid-Kansas Partnership | |
| | f)  Riverside Pipeline Partnership | |
| | g)  Riverside Pipeline Company, L.P. | |
| | h)  Bishop Gas Transmission Company | |
| 4.8. | Drug Abuse Testing Agreement dated 1/1/96 between Kansas Pipeline Operating Company and Utility Consultants, Inc., with renewals through 9/20/99. | |
| 4.9. | Kansas Pipeline Company Gas Pipeline Operating and Maintenance Manual | |
| 4.10. | Kansas Pipeline Company Hazard Communication Procedure | |
| 4.11. | Kansas Pipeline Company Standard Operating Procedures | |
| 4.12. | Substance Abuse Policy for Natural Gas/Pipeline Employees of Kansas Pipeline Company | |

ENB-DOJ-023556

| | | |
|---|---|---|
| | 4.13. | Remedial efforts to procedures and/or policies resulting from DOT audit with Letter of Concern from DOT to KPC. | |
| | 4.14. | Kansas Pipeline Company Safety Manual | |
| | 4.15. | Kansas Pipeline Company Emergency Response Manual | |
| | 4.16. | Internal Memo dated 7/17/94 re:   KCC Information Request concerning compressor inspections | |
| | 4.17. | Federal Energy Regulatory Commission Tariff for Kansas Pipeline Company | |
| | 4.18. | Copy of The Bishop Group, Ltd. Employee Policies and Procedures | |
| | 4.19. | System Map | |
| | | a)  Detailed system map setting forth interconnects, delivery and receipt points, MAOP. | |
| | | b)  Bishop System Schematic | |
| | 4.20. | Assignment of all Assets to Kansas Pipeline Company | |
| | 4.21. | Utter & Associates, Inc. Pipeline Summaries Estimated Replacement Costs and Remaining Life Assessment of KansOk Partnership and Riverside Pipeline Company, L.P. dated March 29, 1995 | |
| | 4.22. | Utter & Associates, Inc. Pipeline Summaries Estimated Replacement Costs and Remaining Life Assessment of Kansas Natural Partnership and Kansas Pipeline Partnership dated March 29, 1995 | |
| | 4.23. | Year 2000 Statements Issued and Received regarding Kansas Pipeline Company | |
| | 4.24. | KPC Annual Report FERC Format #567 for 12 mo. Period ending 12/31/98 | |
| 5. | Office Leases | | |
| | 5.1. | Existing Corporate Office Leases | |
| | 5.2. | Lease Agreement between Kansas Pipeline Company and Jack Bennett, dated 11/30/90 (Ottawa Shop Lease) | |
| | 5.3. | Lease Agreement between Bryan and Kansas Pipeline Company, dated 11/1/95 (Medicine Lodge Shop Lease) and a Lease between Landwehr and Kansas Pipeline Company dated November 1, 1995 | |
| 6. | Private Placement Memorandum for the placement of $91,000,000 Long Term Notes and Collateral Documents with Institutional Investors | | |

KPI3579

ENB-DOJ-023557

| | |
|---|---|
| 6.1(a) **Debt/Financing Agreements** -- Syenergy Pipeline Company, L.P. Long-Term Note and Amendment [See Attachment A for complete index to the Syenergy Pipeline Company, L.P. Long-Term Note and related documents (SEE BINDERS) | |
| 6.1(b) Mortgage and UCC Filings relating to the Private Placement - Volume I -- Tabs I.A.1(a) through I.B.4(b)(iv) (SEE BINDER) | |
| 6.1(c) Mortgage and UCC Filings relating to the Private Placement – Volume II -- Tabs I.B.5(a)(i) through I.B.22(b)(iii) (SEE BINDER) | |
| 6.1(d) Mortgage and UCC Filings relating to the Private Placement – Volume III -- Tabs II.A.1(a) through V.A.1(b) (SEE BINDER) | |

| | | |
|---|---|---|
| 6.1(e) Exhibits to Mortgage by County (Private Placement): | | |
| | i) | Anderson County |
| | ii) | Barber County |
| | iii) | Butler County |
| | iv) | Chase County |
| | v) | Coffey County |
| | vi) | Comanche County |
| | vii) | Cowley County |
| | viii) | Elk County |
| | ix) | Franklin County |
| | x) | Greenwood County |
| | xi) | Harper County, KS |
| | xii) | Harvey County |
| | xiii) | Johnson County |
| | xiv) | Kingman County |
| | xv) | Lyon County |
| | xvi) | Marion County |
| | xvii) | Miami County |
| | xviii) | McPherson County |
| | xix) | Rice County |

**KPI3580**

ENB-DOJ-023558

| | | |
|---|---|---|
| xx) | Sedgwick County | |
| xxi) | Wyandotte County | |
| xxii) | Harper County, OK | |
| xxiii) | Osage County, OK | |
| xxiv) | Pawnee County, OK | |
| xxv) | Woods County, OK | |
| 6.1 (f) | Current List of Noteholders and copy of Transfer Ledger | |
| 6.1 (g) | Index of UCC Filings relating to the Butcher Interests and copies of related documents | |
| 7. | Service Agreements and Gas Transportation Related Agreements | |
| a) | Cathodic Protection/Inspection Services Agreement between Phillips Pipeline and Phenix Transmission Company executed in 1984 | |
| b) | Letters to Greenwood County RWD, dated 12/5/90, requesting water services for Beaumont Compressor Station dated 12/5/90 and 1/10/91 | |
| c) | Agreement between Fairfax Drainage District of Wyandotte County, Kansas and Riverside Pipeline Company, L.P. dated 8/2/89 | |
| d) | Construction or Field Services Agreement between Kansas Pipeline Operating Company and Odle Aviation for aerial patrol services | |
| e) | Aerial Patrol Agreement between Philips Pipeline Company and Kansas Pipeline Operating Company, dated 9/26/84 | |
| f) | Agreement between Missouri Highway and Transportation Commission and Riverside Pipeline Company, L.P., dated 8/2/89 | |
| g) | Atmos Energy Contracts | |
| | (i) Greeley Gas Company, 5,000 NN-SCT, Cedar Creek as amended | |
| | (ii) United Cities Gas Co. 4,000 NN-SCT Heritage Park, as amended | |
| | (iii) United Cities Gas Co. 500 NN-SCT New Strawn | |
| | (iv) Greeley Gas Company 1,000 NN-SCT Cedar Creek | |

ENB-DOJ-023559

| | |
|---|---|
| h) Kansas Gas Service Contracts, Amendments and Assignments and KCC Settlement Agreement | |
| (i) KGS 21,100 Firm Transportation converted from Gas Purchase Agreement (Wichita) | |
| (ii) Gas Transportation Service Agreement (KNP) | |
| (iii) Form of Service Agreement Rate Schedule FT (RVSD) | |
| (iv) Gas Transportation Service Agreement (KOK) | |
| KGS 27,568 FT (KC Metro) | |
| (v) Gas Transportation Service Agreement (KPP) | |
| (vi) Gas Transportation Service Agreement (KNP) | |
| (vii) Form of Service Agreement Rate Schedule FT (RVSD) | |
| (viii) Gas Transportation Service Agreement (KOK) | |
| (ix) KGS 35,000 NN-FT (KC Metro) | |
| (x) KGS 6,857 NN-FT (Paola & Osawatomie | |
| (xi) KGS 6,900 NN-FT (Ottawa) | |
| (xii) KGS 6,000 FT (Johnson & Wyandotte) | |
| (xiii) WRI 62,569 35,000 NN-FT 27,568 FT | |
| (xiv) KCC Settlement Agreement | |
| i) Transok Lease Agreements and Amendments consisting of: Agreement of Lease dated September 13, 1990 with KansOk Partnership; Operating Agreement dated September 13, 1990 between Transok, Inc. and KansOk Partnership; Linchpin Agreement dated September 13, 1990 between Transok Ventrues Company and Kansok Partnership, Bishop Pipeline Company and MarGasCo Partnership; 90 I Amendment to the Linchpin Agreement dated September 13, 1990; Amended and Restated Linchpin Agreement dated September 13, 1990; Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 24, 1992; Amendment I to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement effective November 1, 1992; Amendment II to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 24, 1992; Amendment to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated March 1, 1994; Amendment to the Amended and Restated Agreement of Lease | |

ENB-DOJ-023560

| | | |
|---|---|---|
| | and Amended and Restated Operating Agreement dated August 25, 1994; Amendment to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated November 1, 1994; Letter dated March 17, 1995 suspending Seasonal Exchange for the period; Letter dated October 10, 1995 re: period adjustments; Gas Purchase Contract dated September 1, 1997; Amendment III to the Amended and Restated Agreement of Lease and Amended and Restated Operating Agreement dated April 1, 1999 | |
| | (i) Settlement Agreement | |
| j) | Missouri Gas Energy Contracts | |
| | (i) Riverside I Agreement - 46,332 MMB&U (effective 5/11/98) | |
| | (ii) Mid-Kansas II Agreement - 46,332 MMB&U (effective 6/1/95- 5/10/98) | |
| k) | Kansas Pipeline Company's Index of Customers and Transportation Contract Summary | |
| l) | Interconnect Agreements with Kansas Pipeline Company | |
| | i.) Interconnect Facility Operating Agreement Kansas Power and Light Company n/k/a MGE dated December 4, 1989 | |
| | ii.) Interconnect Facility Operating Agreement with United Cities Gas Company dated June 22, 1990 | |
| | iii.) Operating Agreement with United Cities Company dated May 1, 1995 | |
| | iv.) Delivery Facility Construction, Ownership and Operating Agreement with Getty Gas Gathering, Inc. dated September 13, 1996 | |
| | v.) Interconnect Facility Operating Agreement with Kansas Power and Light Company dated July 17, 1986 and Supplemental Agreement dated November 10, 1987 | |
| | vi.) Interconnection Agreement between ANR Pipeline Company and KansOK Partnership dated October 14, 1994 | |
| | vii.) Reimbursement, Construction, Ownership and Operation Agreement between Panhandle Eastern Pipeline Company and Riverside Pipeline Company, L.P., Miami County, KS dated July 25, 1996 | |
| | viii.) Facilities Interconnection and Reimbursment Agreement between Panhandle Eastern Pipeline Company | |

ENB-DOJ-023561

| | |
|---|---|
| and Kansas Pipeline Company dated February 15, 1991 | |
| ix.) Operation and Maintenance Agreement between Panhandle Eastern Pipe Line Company and Kansas Pipeline Company dated February 1, 1991 | |
| m) Interruptible Transportation Agreements of Kansas Pipeline Company | |
| i.) Atmos Greeley Gas Company dated June 1, 1998 | |
| ii.) Atmos United Cities Gas Company dated June 1, 1998 | |
| iii.) MarGasCo Partnership dated June 1, 1998 | |
| iv.) Oneok Gas Marketing Company dated September 1, 1998 | |
| n) Operational Balancing Agreements | |
| i) Panhandle Eastern Pipe Line Company at Phenix and Kansas Pipeline Meters | |
| ii) Panhandle Eastern Pipe Line Company at Mastergas | |
| iii) ANR Pipeline Company at Lovedale Kansok Interconnect | |
| iv) Mid Continent Market Center | |
| v) Getty Gas Gathering | |
| o) Summary list of MarGasCo. Contracts | |
| i.) January, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| ii.) February, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| iii.) March, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| iv.) April, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| v.) May, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |

ENB-DOJ-023562

| | | | |
|---|---|---|---|
| | vi.) | June, 1999 report summarizing Gas Futures Account Activity; New Customers Added and Estimate of Gross Profits for following month. | |
| | p) | Shared Repeater Subscription Agreement | |
| | q) | Mobile Phone/Pager Agreements | |
| | r) | Radio Station License | |
| **8.** | **Environmental Letters/Permits** | | |
| 8.1. | | Environmental Letters | |
| | a) | Letter from State of Missouri, Department of natural Resources dated 6/24/94 regarding ID numbers for Hazardous Waste Activity | |
| | b) | Letter from State of Kansas, Department of Health and Environment dated 6/9/94 regarding Notification of Hazardous Waste Activity | |
| | c) | Letter from State of Kansas Department of Health and Environment regarding Petroleum Storage Tank Plan for Beaumont Compressor Station dated 9/11/90 | |
| | d) | Letter from Franklin County Health Department County Sanitarian dated July 31, 1990 regarding septic tank | |
| | e) | Letter from Kansas Department of Health & Environment dated 7/20/90 regarding petroleum storage tank plan | |
| | f) | Compressor Stations Noise Study prepared for KPC by Burns and McDonnell in March, 1997 with Letter from Heller, Ehrman to FERC on May 17, 1999 setting forth compliance on noise levels; List of alternatives for noise reduction measures. | |
| | g) | Environmental Assessments | |
| | | i.) | Environmental Assessment of the Phenix Transmission Company for Bishop Pipeline Company by Environmental and Safety Services, Inc. dated September 27, 1989 |
| | | ii.) | Supplement to the Environmental Assessment of the Phenix Transmission Company for Bishop Pipeline Company by Environmental and Safety Services, Inc. dated October 16, 1989 |
| | | iii.) | Preliminary Environmental Review for KansOk Pipeline by Environmental and Safety Services, Inc. dated April 18, 1990 |

ENB-DOJ-023563

| | iv.) | Environmental Risk Assessment of Kansas Pipeline Company and Kansas Natural, Inc. prepared for Vinson and Elkins dated May, 1990 | |
| | v.) | Internal Memorandum dated June 24, 1991 addressing Pilko Report recommendations | |
| | vi.) | Environmental Assessment of Syenergy Pipeline Company, L.P. prepared by Pilko & Associates, Inc. dated May 22, 1992 | |
| | vii.) | Addendum to Environmental Assessment of Syenergy Pipeline Company, L.P. prepared by Pilko & Associates, Inc. dated May 22, 1992 dated 5/29/92 | |

| 8.2. | | Applications/Permits/Approvals | |
| | a) | Part 70 Permit Application for the KansOK Partnership, Pawnee Compressor Station, Pawnee County, OK, September 1996 and Authorization to Operate effective 9/11/98 | |
| | b) | 40 CFR Part 70 General Operating Permit Application for the Kansas Pipeline Partnership, Beaumont Compressor Station, Greenwood County, Kansas, October 1996 | |
| | c) | 40 CFR Part 70 General Operating Permit Application for the Kansas Pipeline Partnership, L.P., Ottawa Compressor Station, Franklin County, Kansas, October 1996 | |
| | d) | Class I Operating Permit for Beaumont Compressor Station issued 7/31/97 | |
| | e) | Class I Operating Permit for Ottawa Compressor Station issued 7/31/97 | |
| | f) | Pawnee Compressor Station Semi Annual Report for Authorization No. 96-404-TV for Air Quality Division | |
| | g) | Air Emissions Inventory Forms submitted to Kansas Department of Health and Environment, Bureau of Air and Radiation on May 25, 1999 (2 reports for Ottawa Compressor Station) | |
| | h) | Annual Emission Inventory forms for Pawnee Compressor Station submitted to Emissions Inventory and Fee Development Unit, Air Quality Division, Oklahoma Dept. of Environmental Quality on March 29, 1999 | |
| | i) | Annual reports (Summary of total operating hours per location per Title V permit requirements for Ottawa Station, Beaumont Station) | |

KPI3586

ENB-DOJ-023564

| | | |
|---|---|---|
| | submitted on May 25, 1999 to Kansas Department of Health and Environment, Bureau of Air and Radiation | |
| j) | Annual Compliance Forms for Ottawa Station and Beaumont Station submitted on May 25, 1999 to Kansas Department of Health and Environment, Bureau of Air and Radiation | |
| k) | Johnson County Industrial Solid Waste disposal Authorization dated 1/19/96 | |
| l) | Butler-Greenwood Bi-County Health Department sewage facility construction approval | |
| m) | Letter dated 5/20/96 from Kansas Department of Health and Environment regarding Permit No. I-WA23-N001 | |
| n) | Letter from Office of Zoning Administration dated 6/20/90 regarding Septic System/Building permit 276 | |
| o) | Letter from Kansas Department of Health & Environment dated 9/1/95 regarding Kansas Water Pollution Control Permit No. | |

| 9. | Human Resources | |
|---|---|---|
| 9.1. Organization Charts (Job Titles for all Employees) | | |
| 9.2. Employee List with Compensation | | |
| 9.3. Benefits | | |
| a) | Medical/Dental | |
| | i)   Medical Plan Summary | |
| | ii)  Group Dental Plan Summary | |
| b) | 401(k) Plan Description and Contracts | |
| c) | Life/Accidental Death and Dismemberment Summary | |
| d) | Long-Term Disability Insurance Summary | |
| e) | 401(k) Plan Form 5500 for the years 1996, 1997 and 1998 | |
| f) | Services Agreement with third party 401(k) administrator and letter agreement with Trustee of Plan | |
| g) | Telephone number and address of the 401(k) Plan third party administrator and telephone number and address of the 401(k) Plan Trustee | |
| h) | 401(k) Plan Loan Provisions and Loan Policy | |
| i) | 401(k) Plan Sample forms for salary deferral elections, plan loans | |

| | | |
|---|---|---|
| | and distribution elections (including hardship withdrawals) | |
| j) | Cafeteria Plan Form 5500 for the years 1996, 1997 and 1998 | |
| k) | Section 125 Discrimination Testing Results for 1998 and 1999 | |
| l) | Sample forms for Cafeteria Plan participation and information regarding the benefit | |
| m) | Summary Plan Descriptions of Cafeteria Plan, Dental Insurance, 401(k) Plan and Summary of Material Modifications and Supplement to the Summary Plan Description for 401(k) Plan | |
| n) | Telephone number and address of the Section 125 (Cafeteria Plan) Administrator | |
| o) | Cafeteria Plan with Flexible Spending Arrangement Plan Document for 1999 | |
| p) | Sample Cobra Election and Notification Forms | |
| 9.4. | Employee Manual | |
| 9.5. | DML Employment Agreements | |
| a) | The Bishop Group, Ltd. | |
| b) | Management Resources Group, Ltd. | |
| c) | Consolidation and Amendment of Management Agreement and Employment Contracts with The Bishop Group, Ltd. and its subsidiaries | |
| d) | Syenergy Pipeline Company, L.P. | |
| 9.6. | Miscellaneous Employment Agreements | |
| a) | Consulting Agreements | |
| b) | Employee Agreements | |
| 10. | Legal Matters (See Binders) | |
| 10.1. | Cases before The Public Service Commission of the State of Missouri | |
| a) | Pleadings In the matter of Missouri Gas Energy's Cost Adjustment Tariff Revisions to be viewed in its 1996-1997 Annual Reconciliation Adjustment Account GR96-450 [1 vol] | |
| b) | Depositions in GR96-450 case above [1 vol] | |
| c) | Testimony in GR96-450 case above [1 vol] | |
| d) | Data Requests and Response in GR96-450 case above [____ vol] | |

**KPI3588**

ENB-DOJ-023566

| | | |
|---|---|---|
| | e) Rebuttal Testimony in GR96-450 case above [1 vol] | |
| 10.2. | Cases before the Circuit Court of Cole County, Missouri | |
| | a) State of Missouri ex rel. Riverside Pipeline Company, L.P. and Mid-Kansas Partnership v. Public Service Commission of Missouri -- Case No. CV-199-53CC [1 vol] | |
| | b) State of Missouri ex rel. Riverside Pipeline Company, L.P. and Mid-Kansas Partnership, Realtors v. The Missouri Public Service Commission -- Case No. CV-198-1505-CC [1 vol] | |
| 10.3. | Federal Energy Regulation Commission Consolidated Docket Nos: | |
| | a) CP96-152-000 -- Riverside Pipeline Company, L.P. [9 vol] | |
| | b) CP97-738-000 -- Transok, Inc. [2 vol] | |
| | c) RP95-212-000 -- KansOk Partnership et.al. [3 vol] | |
| | d) RP95-395-000 -- Williams Natural Gas Co. v. KPOC et.al. [4 volumes] | |
| | e) PR94-3000 -- KansOk Partnership [4 vol] | |
| | f) Request for Rehearing [1 vol] | |
| | g) Transcript of Proceedings [2 vol] | |
| | h) FERC Data Requests [1 vol] | |
| 10.4. | OneOk, Inc. d/b/a its division, Kansas Gas Service Company v. Kansas Pipeline Company; Syenergy Pipeline Company, L.P.; Bishop Pipeline Company; and Bishop Gas Transmission Company - Case No. 99 C 06574- Johnson County, Kansas; Case No. 99-2268-KHV-Federal Court, Kansas City, Kansas | |
| 10.5. | List of regulatory proceedings in which Kansas Pipeline Company is an intervenor or party | |
| 10.6. | Key Orders and Pleadings granted in Kansas Corporation Commission (KCC) and Federal Energy Regulatory Commission Dockets | |
| | a) Trial Brief of Kansas Pipeline Partnership and Kansas Natural Partnership dated December 19, 1994 with Appendix | |
| | b) March 17, 1995 KCC Order Regarding Application of KPP/KNP | |
| | c) June 16, 1995 KCC Order | |
| | d) November 6, 1995 KCC Order Regarding Petitions for Reconsideration | |
| | e) December 30, 1996 KCC Order on Remand | |

ENB-DOJ-023567

| | | |
|---|---|---|
| | f) March 5, 1997 Initial Comments of RPCLP in FERC Docket | |
| | g) March 25, 1997 Reply Comments of RPCLP in FERC Docket | |
| | h) October 3, 1997 FERC Order Granting and Denying Rehearings, Issuing Certificates and Establishing Refunds | |
| | i) November 3, 1997 Request for Rehearing of KPC, KPP, KP, RPCLP and KPOC | |
| | j) April 29, 1998 FERC Order on Rehearing | |
| | k) April 2, 1999 FERC Order | |
| | l) June 18, 1999 FERC Order | |
| | m) Accounting Order of Kansas Pipeline Partnership issued October 30, 1991 | |
| | n) Accounting Order of Kansas Natual Partnership issued October 30, 1991 | |
| 11. | Insurance/Risk Management | |
| | a) Summary of Insurance Coverage for Combined Property, Business Interruption and Boiler Coverage; Commercial General Liability, Business Automobile, Workers' Compensation, Excess Liability and Binders for Coverages | |
| | b) Loss Reports for Workers Compensation and Automobile for policy periods 7/1/96 to 7/1/97 and 7/1/97 to 7/1/98 | |

ENB-DOJ-023568

| 12. | Kansas Pipeline Company FERC Transition, May 11, 1998 | |
|---|---|---|
| | 12.1    Rights-of-Way,  Easements  Leases  and  Personal  Property Conveyances by County: | |
| | a)  Anderson County | |
| | b)  Barber County | |
| | c)  Butler County | |
| | d)  Cass County, MO | |
| | e)  Chase County | |
| | f)  Coffey County | |
| | g)  Comanche County | |
| | h)  Cowley County | |
| | i)  Elk County | |
| | j)  Franklin County | |
| | k)  Harper County, OK | |
| | l)  Harper County, KS | |
| | m) Harvey County | |
| | n)  Jackson County, MO | |
| | o)  Johnson County | |
| | p)  Kingman County | |
| | q)  Lyon County | |
| | r)  Marion County | |
| | s)  McPherson County | |
| | t)  Miami County | |
| | u)  Osage County, OK | |
| | v)  Pawnee County, OK | |
| | w) Platte County, MO | |
| | x)  Rice County | |
| | y)  Sedgwick County | |
| | z)  Woods County, OK | |
| | aa) Wyandotte County | |
| | bb) Greenwood County | |

ENB-DOJ-023569

| 12.2 | FERC Transition Documents | |
|---|---|---|
| a) | Agreement between Bishop Pipeline Company, Syenergy Pipeline Company, L.P., Kansas Pipeline Partnership, KansOk Partnership, Riverside Pipeline Partnership and Riverside Pipeline Company, L.P. dated May 11, 1998 | |
| b) | General Partnership Agreement of Kansas Pipeline Company dated May 11, 1998 | |
| c) | Operating Agreement between Kansas Pipeline Company and Kansas Pipeline Operating Company dated May 11, 1998 | |
| d) | Assignments of Gas and Transportation Contracts | |
| e) | Conveyance of all Personal Property | |
| | i.) KansOk Partnership | |
| | ii.) Kansas Pipeline Partnership | |
| | iii.) Riverside Pipeline Company, L.P. | |
| f) | Authorizations | |
| | i.) Consent Minutes of Syenergy Pipeline Company, L.P. dated May 11, 1998 | |
| | ii.) Consent Minutes of Kansas Pipeline Partnership dated May 11, 1998 | |
| | iii.) Consent Minutes of KansOk Partnership dated May 11, 1998 | |
| | iv.) Consent Minutes of Riverside Pipeline Partnership dated May 11, 1998 | |
| | v.) Consent Minutes of Riverside Pipeline Company, L.P. dated May 11, 1998 | |
| g) | Recording Index | |

**KPI3592**

ENB-DOJ-023570

# RELIANT ENERGY WHOLESALE GROUP

## Memorandum

**Dated at: Houston, Texas**
**August 11, 1999**

TO:        Vean Gregg

FROM:      Kevin Erwin

RE:        Kansas Pipeline Company

---

Pursuant to your request, below is a list of the Reliant Energy Gas Transmission Company personnel who will visit the data room on August 12 and 13, 1999.

Bob Hausler, Vice President – Marketing
Walter Ferguson, Vice President – Operations
Ed Hess, Manager – Strategic Initiatives
John Fogg, Manager – Market Development
Don Allen, Financial Analyst
Bud Pylant, Senior Environmental Specialist
Kevin Erwin, Senior Counsel

KPE/cal

**KPI3593**

erwin/memos-agendas/gregg-0811.doc

RECEIVED TIME AUG 11 11:46AM        PRINT TIME AUG 11 11:47AM

ENB-DOJ-023571

**Tino M. Monaldo, Chartered**

**Attorneys at Laws**

335 North Washington
Corporate Square / Suite 130
P.O. Box 728
Hutchinson, KS 67504-0728
316-669-9338
Fax 316-665-5961

Tino M. Monaldo

August 13, 1999

Kevin Erwin
Senior Counsel
Reliant Energy
P.O. Box 61867
Houston, TX 77208-1867

Dear Kevin:

You made inquiries regarding multiple line rights in the 8-inch and 10-inch pipeline corridor into Kansas City. In that regard, please find enclosed a memorandum from Joan Schnepp to Dennis Langley in September of 1998 (along with attachments), which I believe addresses your questions. In addition, I am sending you two randomly selected easements from Johnson County, one which includes the right to lay telecommunication lines and one that does not. However, as the retained asset list in the data room indicates, the right to lay telecommunication lines is an asset that is being proposed to be retained.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Tino M. Monaldo

**KPI3594**

ENB-DOJ-023572



**Wholesale Group**

P.O. Box 4455
Houston, Texas 77210-4455
713 207 1300

August 23, 1999

Ms. Yvette Korb
c/o Bryan Cave, L.L.P.
1200 Main Street, Suite 3700
Kansas City, Missouri 64105

Dear Ms. Korb:

Pursuant to the request of Vean Gregg of Chase Securities, I am returning documentation provided by the Bishop Group. If you should have any questions or comments concerning the foregoing, please do not hesitate to contact the undersigned.

Yours very truly,

Kevin P. Erwin
Senior Counsel

KPE/cal
Attachments

erwin/letters/korb-0823.doc

KPI3537



ROSEMARIE TIMKO
ENERGY ANALYST

2 GATEWAY CENTER
PITTSBURGH, PA 15222

412-394-6963
FAX 412-394-6574
rtimko@sel.com
www.sel.com

PENNSYLVANIA          NORTH CAROLINA
S T R A T E G I C   E N E R G Y   L T D .

ROBERT A. MALECKY
Director, Marketing

BUCKEYE PIPE LINE COMPANY
5 Radnor Corporate Center
Suite 500
Tel (610) 254-4638          100 Matsonford Road
Fax (610) 254-4625          Radnor, PA 19087
E-Mail: rmalecky@buckeye.com

STEPHEN C. MUTHER
Senior Vice President, Administration,
General Counsel and Secretary

BUCKEYE PIPE LINE COMPANY
5 Radnor Corporate Center
Tel (610) 254-4640          Suite 500
Fax (610) 254-4625          100 Matsonford Road
E-Mail: smuther@buckeye.com          Radnor, PA 19087

Washington
Philadelphia
New York
Los Angeles
Miami
Harrisburg
Pittsburgh
Princeton
London
Brussels
Frankfurt
Tokyo
Singapore
Jakarta

Morgan, Lewis
& Bockius LLP
COUNSELORS AT LAW

Christopher J. Barr
Attorney at Law
1800 M Street, N.W.
Washington, D.C. 20036-5869
202.467.7142
Fax: 202.467.7176
Internet: cbarr7142@mlb.com

DAVID J. MARTINELLI
Senior Vice President and Treasurer

BUCKEYE MANAGEMENT COMPANY
5 Radnor Corporate Center
Tel (610) 254-4630          Suite 500
Fax (610) 254-4626          100 Matsonford Road
E-Mail: dmartinelli@buckeye.com          Radnor, PA 19087

KPI1413

GOVERNMENT
EXHIBIT
305
PENGAD-Bayonne, N.J.

ENB-DOJ-021208



**Chase Securities Inc.**
600 Travis, 20th Floor
Houston, TX 77002

August 18, 1999

<u>**PRIVATE AND CONFIDENTIAL**</u>

Mr. Stephen C. Muther
Senior Vice President, Administration, General Counsel and Secretary
Buckeye Pipe Line Company
5 Radnor Corporate Center, Suite 500
100 Matsonford Road
Radnor, PA  19087

Dear Steve:

On behalf of Dennis Langley (the "Seller") and The Bishop Group Ltd. ("Bishop"), a company which is wholly-owned by the Seller, thank you for your continuing interest in Kansas Pipeline Company, a wholly-owned subsidiary of Bishop. As you know, Chase Securities Inc. ("Chase") has been retained as financial advisor in connection with a sale of Bishop.

This letter sets forth the procedures for the submission of a definitive, fully financed, binding offer (the "Offer") for the acquisition of Bishop (the "Transaction"). Enclosed please find the proposed form of the Agreement and Plan of Merger (the "Agreement") which reflects the terms upon which the Seller is prepared to consummate the Transaction with the prospective purchaser ("Purchaser").

I.   <u>Timing</u>. The Offer must be received by Chase no later than 5:00 P.M. (Noon, Central Time) on Monday, August 30, 1999.

II.  <u>Contents of the Offer</u>. The Offer should include the following (please submit the Offer in the same numbered format as outlined below):

   (i)   **Proposed Purchaser** - the identity of the Purchaser submitting the Offer, including other participants in the Transaction, if any.

   (ii)  **Primary Offer Value** - the total value Purchaser is prepared to pay for 100% of the Bishop common stock that is wholly owned by the Seller. The Offer should consist of the Stock Purchase Price, including assumption of the balance sheet, including all debt and working capital, as outlined in Appendix 1 – Pro Forma Balance Sheet projected for September 30, 1999 ("Appendix 1").

KPI1280

August 18, 1999
Page 2

(iii) **Supplemental Offers** – In addition to the primary Offer outlined in II (ii) above, Purchaser may submit additional alternative bids or structures to purchase the pipeline system held by Bishop, which will be reviewed and considered by the Seller.

(iv) **Consideration** - a detailed description of the form of consideration that the Purchaser is prepared to pay for the stock of Bishop. As discussed, this consideration will be adjusted at closing in order to reconcile with the balance sheet in Appendix 1.

(v) **Value for MarGasCo** – please indicate the implicit value from within the total bid that is attributed to MarGasCo. While MarGasCo is intended to be part of the sale, the Seller may consider retaining MarGasCo if this entity does not have meaningful value to the Purchaser.

(vi) **Approvals and Conditions to Close** - a summary of the approvals and any other conditions required in connection with the Offer and consummation of the Transaction. Purchaser should note that the Seller expects that all required corporate approvals for the Transaction, including the authorization of Purchaser's Board of Directors, will be obtained prior to the submission of the Offer. Any conditions to closing, in addition to those set forth in the Agreement, must be clearly identified and detailed in the Offer, including any required consents and government approvals and the timing for obtaining such approvals.

(vii) **Financing** - details regarding the proposed financing of the Transaction, including, as appropriate, the proposed amount of senior debt, subordinated debt and equity, and the type of financing (e.g. bridge, bank, private and/or public capital markets), as well as the identity of all institutions involved and copies of any commitment letters or financing agreements. Please note that the Seller will look favorably on an Offer that does not contain a financing contingency.

(viii) **The Agreement** - the terms upon which the Purchaser is prepared to consummate the Transaction should be provided with the Offer in the form of the attached Agreement. Please indicate in the Offer that Purchaser is prepared to execute promptly the Agreement in the form submitted (including any redlined revisions). Any proposed revisions to the Agreement should be presented in the form of redlined changes to this version.

(ix) **Timing** - an estimate of the time needed to close the Transaction taking into account all necessary regulatory approvals. This estimate should include a list any additional due diligence items which the Purchaser wishes to conduct prior to executing the Agreement and closing the Transaction.

(x) **Other** - any additional information that may assist the Seller in its evaluation of the Offer; and

KPI1281

ENB-DOJ-022449

August 18, 1999
Page 3

(xi) **Contacts** - the name(s) and telephone number(s) of the person(s) the Seller and Chase should contact in clarifying and responding to the Offer.

III.  Transmittal of the Offer and Agreement. The Offer and Agreement should be transmitted as follows:

(i)  if these items are transmitted by fax, the Offer and Agreement should be faxed (including any redlined revisions of the Agreement) to:

> Vean Gregg
> Chase Securities Inc.
> Global Oil and Gas
> 600 Travis, 20th Floor-CTH 86
> Houston, TX  77002
> Facsimile:  (713) 216-8882

(ii)  if these documents are transmitted by fax, an original version of the Offer should be received by the above (by hand or overnight mail) no later than 10:30 a.m. the following morning.

(iii)  absent a transmittal by fax, an original version of the Offer and Agreement should be received by the above no later than 5:00 P.M. (Noon, Central Time) on Monday, August 30, 1999.

(iv)  Please also submit the Agreement by e-mail in electronic form (including any redlined revisions) to the attention of Vean Gregg as follows:
> vean.gregg@chase.com

IV.  Selection of the Purchaser. After receipt of the Offer, the Seller and Chase will contact each prospective purchaser, as necessary, to clarify the terms of such Offer or proposed revisions to the Agreement. The Seller, with the assistance of Chase, intends to evaluate such Offers as expeditiously as practicable. Although the foregoing reflects the Seller's present intentions concerning the process, the Seller reserves the right, in its sole discretion, to evaluate the terms and conditions of any Offer and to accept or reject any such Offer for further consideration without specifying reasons therefor and to alter the procedures set forth herein or terminate the process at any time without prior notice.

The existence and contents of this letter are subject to the terms of the confidentiality agreement that was previously executed by you and Bishop.

Chase continues to be available to respond to your questions and requests for supplementary information and to coordinate questions with respect to the Offer or Agreement. Should you have any questions regarding the procedures detailed in this letter, please feel free to call Vean

KPI1282

ENB-DOJ-022450

August 18, 1999
Page 4

Gregg (713) 216-8848 or me (713) 216-6386.  **In no event should either the Seller or Bishop be contacted directly.**

The Seller and Chase appreciate your interest in Bishop and look forward to hearing from you.

CHASE SECURITIES INC.
on behalf of The Bishop Group Ltd.


Bill Manias
Vice President
/encl.

KPI1283

ENB-DOJ-022451

August 18, 1999
Page 5

## Appendix 1. Pro Forma Balance Sheet projected for September 30, 1999

| Assets | ($ in Millions |
|---|---|
| Utility Plant, Net | $61.64 |
| Other Assets, Net | 12.51 |
| Current Assets | |
|    Cash Reserve for LTD | 10.00 |
|    Accounts Receivable | 4.96 |
|    Other Prepaid Expenses | 0.79 |
|    Total Current Assets | 15.76 |
| **Total Assets** | 89.90 |
| **Capitalization and Liabilities** | |
| Partners Capital | $13.37 |
| Long-Term Debt | 62.39 |
| Revolving Credit Facilities | 6.00 |
| Restricted Pipeline Royalties | 3.09 |
| Current Liabilities | |
|    Accounts Payable | 2.20 |
|    Accrued Interest | 1.50 |
|    Accrued Property Taxes | 0.42 |
|    Other Accrued Liabilities | 0.94 |
|    Total Current Liabilities | 5.06 |
| **Total Capitalization and Liabilities** | 89.90 |
| Unencumbered Working Capital at 9/30/99 | $0.70 |

KPI1284

ENB-DOJ-022452



# KPC

KANSAS PIPELINE COMPANY
8125 LENEXA DRIVE • SUITE 400
LENEXA, KANSAS 66214
913-888-7139 • FAX 913-599-2573

August 24, 1999

Mr. Stephen C. Muther
Senior Vice President, Administration               VIA OVERNIGHT MAIL
Buckeye Pipe Line Company
5 Radnor Corporate Center
Suite 500
100 Matsonford Road
Radnor, PA  19087

Dear Mr. Muther:

Pursuant to your request, please find enclosed a list setting forth the rates for hourly
employees.  If you should have further questions, please advise.

Sincerely,

Kansas Pipeline Company

Yvette C. Korb
Vice President, Administration

**KPI1415**

ENB-DOJ-021210