UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENBRIDGE ENERGY COMPANY, INC. AND ENBRIDGE MIDCOAST ENERGY, L.P. f/k/a ENBRIDGE MIDCOAST ENERGY, INC. f/k/a MIDCOAST ENERGY RESOURCES, INC., | § § § § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. H 06-0657 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant | § § | |

## AFFIDAVIT OF KARL S. STERN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

STATE OF TEXAS § § COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Karl S. Stern, who, after being duly sworn by me, stated as follows:

1. My name is Karl S. Stern. I am an attorney in the law firm of Vinson & Elkins L.L.P. I am the attorney in charge for Plaintiffs in *Enbridge Energy Company, Inc., et al. v. United States of America.*, No. H 06-0657. I am over 21 years of age, and I am in all respects fully competent and able to make this affidavit in support of Plaintiffs' Motion for Summary Judgment. I swear that all statements contained in this affidavit are within my personal knowledge and are true and correct.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the stipulation agreement between Plaintiffs and Defendant to the admissibility of certain documents into evidence in this case, dated July 28, 2007.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of United States of America's Responses to Plaintiff Midcoast's First Set of Interrogatories to Defendant produced by United States of America in this case.

1

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts from the transcript of the sworn interview of Ron Chachere which the parties have stipulated can be used as if it were a deposition taken in this case.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts from the deposition of Linda Creswell in this case.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts from the deposition of Craig Hoffman in this case.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of excerpts from the deposition of Chris Kaitson in this case.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of excerpts from the deposition of Steve Korb in this case.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from the deposition of Richard Robert in this case.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of excerpts from the deposition of Bruce Snyder in this case.

11. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of excerpts from the transcript of the sworn interview of Dan Tutcher which the parties have stipulated can be used as if it were a deposition taken in this case.

12. Attached hereto as <u>Exhibit 75</u> is a true and correct copy of excerpts from the deposition of Howard Teig in this case.

13. Attached hereto as <u>Exhibits 11 – 77</u> are true and correct copies of documents to which the parties have stipulated as to their admissibility in Exhibit 1.

FURTHER AFFIANT SAYETH NOT.

_____
KARL S. STERN

SWORN AND SUBSCRIBED BEFORE ME by Karl Stern on this, the 1st day of August, 2007.


KATHRYN L. McSPADDEN
NOTARY PUBLIC
STATE OF TEXAS
COMM. EXPIRES 02-13-2010

_____
Notary Public in and for the State of Texas

My commission expires: 2/13/10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENBRIDGE ENERGY COMPANY, INC. AND ENBRIDGE MIDCOAST ENERGY, L.P. f/k/a ENBRIDGE MIDCOAST ENERGY, INC. f/k/a MIDCOAST ENERGY RESOURCES, INC., | § § § § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. H 06-0657 |
| UNITED STATES OF AMERICA, | § § | |
| Defendant | § | |

## EXHIBITS TO THE AFFIDAVIT OF KARL S. STERN

1. Stipulation agreement between Plaintiffs and Defendant to the admissibility of certain documents into evidence in this case, dated July 28, 2007.

2. United States of America's Responses to Plaintiff Midcoast's First Set of Interrogatories to Defendant ("US Interrogatory Response")

3. Ron Chachere Interview Transcript

4. Linda Creswell Deposition Transcript

5. Craig Hoffman Deposition Transcript

6. Chris Kaitson Deposition Transcript

7. Steve Korb Deposition Transcript

8. Richard Robert Deposition Transcript

9. Bruce Snyder Deposition Transcript

10. Dan C. Tutcher Interview

11. Creswell 4

12. Creswell 5

13. Creswell 6

14. Creswell 9

15. Creswell 13

16. Creswell 14

17. Creswell 21

18. Teig 1

19. Government Ex. 1 – See Binder containing Asset Purchase Agreement Closing Binder labeled Government Ex. 1

20. Government Ex. 2 – See Binder containing Stock Purchase Agreement labeled Government Ex. 2

21. Government Ex. 9

22. Government Ex. 9.1

23. Government Ex. 20

24. Government Ex. 26

25. Government Ex. 38

26. Government Ex. 40

27. Government Ex. 51

28. Government Ex. 65

29. Government Ex. 70

30. Government Ex. 90

31. Government Ex. 106

32. Government Ex. 114

33. Government Ex. 140

34. Government Ex. 142

35. Government Ex. 145

36. Government Ex. 150

37. Government Ex. 160

38. Government Ex. 167

39. Government Ex. 176

40. Government Ex. 189

41. Government Ex. 195

42. Government Ex. 241

43. Government Ex. 260

44. Government Ex. 261

45. Government Ex. 262

46. Government Ex. 315

47. Government Ex. 327

48. KPI3154-KPI3228

49. 000361-000373

50. 000374-00376

51. KPI3321 - KPI3358

52. MID2.1-274-MID2.1-283

53. ENB002735-ENB002737

54. DOJ035795-DOJ035796

55. ENB00076-ENB00077

56. MID2.1-807-MID2.1-832

57. DOJ031855-DOJ038158

58. 000464 – 000474

59. MID12-1-MID12-134

60. MID10-1-MID10-12

61. KPLB-0171

62. MID6-2 - MID6-30

63. MID6-75 - MID6-97

64. MID6-136 - MID6-154

65. MID6-175 - MID6-189

66. DOJ015596 – DOJ015660

67. MID1.4-1- MID1.4-158

68. DOJ016397-DOJ016422

69. MID1.4-159-MID1.4-319

70. DOJ016481-DOJ016506

71. 001414-001418

72. Letter from Jana Jordan at Enbridge Energy Company, Inc. to Internal Revenue Service enclosing disclosure statement and noting that Form 1120X has been filed to include the disclosure statement, dated January 3, 2003

73. Letter from Jana Jordan of Enbridge Energy Company, Inc. to Internal Revenue Service enclosing check for $4,505.075.60 for payment of taxes and penalties in response to Notice of Deficiency and noting that such amount is being paid under protest, dated October 11, 2004

74. Official Website of the State of Kansas, Secretary of State, Business Entity Search

75. Howard Teig Deposition Transcript

76. Creswell 11

77. MID2.1-1429-MID2.1-1430