November 8, 1999

Rabobank Nederland
245 Park Avenue
New York, NY 10167-0062

Dear Sirs:

Pursuant to our Escrow Agreement and Escrow Account 18359, this is our joint written notice to you, as Escrow Agent, to deliver the Escrowed Property on Tuesday November 9, 1999 before 4:00 p.m. EST as set forth in section 4 of the Escrow Agreement.

Very Truly Yours,

Buyers:     Midcoast Kansas Pipeline, Inc.

            by _____

            Midcoast Kansas General Partner, Inc.

            by _____

Bank of America:   Bank of America, N.A.

            by _____
            Patrick M. Delaney
            Managing Director

GOVERNMENT
EXHIBIT
G-46

0348

ENB-RB-000349